**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FILED

JUL 30 2003

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

|  |  |  |
|---|---|---|
| **NORRIS HOLDER,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:03CV923 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

This matter is before the Court on movant's request for appointment of counsel to represent him during his postconviction proceedings.

Pursuant to 18 U.S.C. § 3006A(a)(2)(B), and 21 U.S.C. § 848(q)(4)(B), the Court will grant movant's request for appointment of counsel. <u>See also</u> <u>McFarland v. Scott</u>, 512 U.S. 849, 854 (1994) (concluding that 'post conviction proceeding' within the meaning of 21 U.S.C. § 848(q)(4)(B) is commenced by the filing of a capital defendant's motion requesting the appointment of counsel for his federal habeas corpus proceeding). The Court further finds that the attorneys whom the Court will appoint satisfy the requirements of § 848(q)(6).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that movant's request for appointment of counsel [Doc. #2] is **GRANTED.**

**IT IS FURTHER ORDERED** that Christopher E. McGraugh of Leritz, Plunkett, & Bruning, P.C., One City Centre, Suite 2001, St. Louis, Missouri 63101, telephone number (314) 231-9600, is hereby appointed as counsel for petitioner.

#4

- 2 -

**IT IS FURTHER ORDERED** that Michael J. Gorla, Laclede Gas Building, 23rd Floor, 720 Olive Street, Suite 2301, St. Louis, Missouri, 63101, telephone number (314) 621-1617, is hereby appointed as co-counsel for petitioner.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide appointed counsel with a copy of the complete Court file.

Dated this _____ day of July, 2003.

_____

**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT  EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 08/01/03 by cliddy
                    4:03cv923    Holder vs USA

28:2255 Motion to Vacate / Correct Illegal Sentence

Michael Gorla -  3251            Fax: 314-621-7448
Jennifer Herndon -  77205        Fax: 314-831-5645
Joseph Landolt -  6484           Fax: 314-539-2777
Christopher McGraugh -  25278    Fax: 314-231-9480

*copy of file sent to apptd counsel*

SCANNED & FAXED BY:
AUG - 1 2003
C. D. D.