UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | No. 4:03CV0923 ERW |
| vs. | ) | |
| | ) | ***This is a Capital Case.*** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>VERIFICATION OF SIGNED ORIGINAL DOCUMENT</u>

COMES NOW movant's court-appointed counsel, Christopher E. McGraugh and Michael J. Gorla, and pursuant to Local Rule 11-2.11, hereby attest to the existence of a paper copy of movant's Motion Under 28 U.S.C. § 2255 bearing the original signature of movant.  The document was filed electronically on June 8, 2004 with a blank signature line.  Counsel will retain the paper copy bearing the original signature during the pendency of the litigation including all possible appeals.

Respectfully submitted,

/s/ Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, Missouri 63101
(314) 231-9600
(314) 231-9480 - Facsimile
E-mail: cmcgraugh@leritzlaw.com

/s/ Michael J. Gorla
MICHAEL J. GORLA, #3251
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

*Counsel for Norris Holder*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 8, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:   Mr. Raymond Gruender, United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, and Mr. Steven Holtshauser, Assistant United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

                                      /s/ Michael J. Gorla
                                      Michael J. Gorla, #3251
                                      Attorney for Norris Holder
                                      720 Olive Street, Suite 1630
                                      St. Louis, Missouri 63101
                                      (314) 621-1617
                                      (314) 621-7448 - Facsimile
                                      E-mail: mjgorla@msn.com