# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **NORRIS G. HOLDER,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  4:03CV00923 ERW** |
| | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### CASE MANAGEMENT ORDER - TRACK 4: CAPITAL § 2255  MOTION

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court for the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following provisions shall apply in this case:

1.  This case has been assigned to Track 4CH (Administrative - Capital Habeas).

2.  Respondent shall file a response to the motion to vacate, set aside or correct sentence filed pursuant to 28 U.S.C. § 2255 and motion for an evidentiary hearing within forty-five (45) days from the date of this order.

3.   Movant shall file his traverse and any reply memorandum with respect to the evidentiary hearing within forty-five (45) days from the date of the filing of the response.

So Ordered this  16th  Day of  July , 2004.


**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**