CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MOECG | NORRIS HOLDER | *Original* |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:03CV-923 ERW | | |

7. IN CASE/MATTER OF (Case Name)
HOLDER V. UNITED STATES

8. TYPE PERSON REPRESENTED
G Adult Defendant   G Appellant   G Other
G Habeas Petitioner   G Appellee

9. REPRESENTATION TYPE
G D1 28 U.S.C. § 2254 Habeas      G D3 28 U.S.C. § 2255 (Capital)
G D2 Federal Capital Prosecution   G D4 Other

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
CHRISTOPHER E. MCGRAUGH
ONE CITY CENTRE
SUITE 2001
ST. LOUIS, MO 63101

Telephone Number: 314-231-9600

13. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

RECEIVED
DATE
MAY 2 0 2004
PAYMENT
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

12. COURT ORDER:
G O  Appointing Counsel          G C  Co-Counsel
G F  Subs For Federal Defender   G R  Subs For Retained Attorney
G P  Subs For Panel              G Y  Standby Counsel

Prior Attorney's _____   Appointment _____
(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.
(B) The attorney named in Item 11 is appointed to serve G LEAD COUNSEL G CO-COUNSEL
Name of Co-Counsel or Lead Counsel: _____   Appointment _____
(C) If you represented the defendant or petitioner in any prior proceeding related to this matter attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).
G (D) Due to the expected length of this case, and the anticipated hardship on counsel in this representation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____   Nunc Pro Tunc Date _____

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
G YES   G NO

PROCESSED FOR PAYMENT DATE 9/22/04

CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of proceeding.

CAPITAL PROSECUTION
a. G Pre-Trial
b. G Trial
c. G Sentencing
d. G Other Post Trial

e. G Appeal
f. G Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. G Habeas Petition
h. G Evidentiary Hearing
i. G Dispositive Motions
j. G Appeal

k. G Petition for the U.S. Supreme Writ of Certiorari

OTHER PROCEEDING
l. G Stay of Execution
m. G Appeal of Denial of Stay
n. G Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. G Other

HOURS AND COMPENSATION CLAIMED

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = 125.00 ) | 0.5 | | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | 2.4 | | | | |
| e. Obtaining & Reviewing the Court Record | 8.0 | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| f. Obtaining & Reviewing Documents and Evidence | 8.8 | | | | |
| g. Consulting with Expert Counsel | 0.3 | | | | |
| h. Legal Research and Writing | 9.6 | | | | |
| i. Travel | 3.0 | | | | |
| j. Other (Specify on additional sheets) | 4.3 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR 125.00 ) | 36.9 | 4,612.50 | | | |

CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | 164.37 | | | |
|---|---|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | |

GRAND TOTALS (CLAIMED AND ADJUSTED): 4,776.87

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
3-1-04   TO: 4-30-04

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

20. CASE DISPOSITION

21. CLAIM STATUS    G Final Payment    G Interim Payment Number 2    G Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for ( YES ) G NO   If yes, were you paid? (G YES) G NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  G YES  (G NO)   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney   Date 5-18-04

APPROVED FOR PAYMENT - COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES 164.37 | 26. TOTAL AMT. APPROVED 4,776.87 |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE 7/20/04 | | 27a. JUDGE CODE |