**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **NORRIS HOLDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **No. 4:03CV0923 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

### GOVERNMENT'S ENTRY OF APPEARANCE

**COMES NOW** the United States of America, by and through its attorneys, James G.

Martin, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser,

and Roger Keller, Assistant United States Attorneys for said District, and enters its appearance

for Respondent, United States of America.

Respectfully submitted,

JAMES G. MARTIN
United States Attorney

/s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277
ROGER KELLER, #27182
Assistant United States Attorneys
111 S. 10TH Street
St. Louis, Missouri  63102
(314) 539-2200

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:


Mr. Christopher E. McGraugh
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, MO 63101

Mr. Michael J. Gorla
720 Olive Street, Suite 1630
St. Louis, MO 63101

 /s/Steven E. Holtshouser
ASSISTANT UNITED STATES ATTORNEY