**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **NORRIS HOLDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **No. 4:03CV0923 ERW** |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Respondent.** | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE OUT OF TIME**

**COMES NOW** the United States of America, by and through its attorneys, James G. Martin, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt, Steven E. Holtshouser, and Roger Keller, Assistant United States Attorneys for said District, and files its motion for leave to file out of time and states, as follows:

1.      The Government's response to Movant's motion under Section 2255 was due on August 30, 2004.

2.      The Government attempted to file it response on the afternoon of August 30, 2004 to Movant's 2255 motion, but due to problems e-filing lengthy attachments to the motion the Government was unable to successfully file its response.  The Government attempted several times without success.

WHEREFORE, the Government respectfully requests the court for leave to file its response to Movant's 2255 motion out of time.

1

Respectfully submitted,

JAMES G. MARTIN
United States Attorney

/s/ Joseph M. Landolt
JOSEPH M. LANDOLT, #6484
STEVEN E. HOLTSHOUSER, #24277
ROGER KELLER, #27182
Assistant United States Attorneys
111 S. 10TH Street
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Christopher E. McGraugh
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, MO 63101

Mr. Michael J. Gorla
720 Olive Street, Suite 1630
St. Louis, MO 63101

/s/Joseph M. Landolt
ASSISTANT UNITED STATES ATTORNEY

2