**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **NORRIS HOLDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **No. 4:03CV0923 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

**NOTICE OF EXHIBIT LIST**

Exhibit A    Neuro/Rehabilitation Psychology Consultation
Addendum To Neuro/Rehabilitation Psychology Consultation Report (of 03/19/98)
Curriculum Vitae of Steven Elliot Rothke

Exhibit B    Preliminary Report from Washington University - Department of Psychiatry

Exhibit C    Curriculum Vitae of Richard D. Wetzel, Ph.D.

Exhibit D    Direct Examination Testimony - Rothke

Respectfully submitted,

JAMES G. MARTIN
United States Attorney

/s/ Joseph M. Landolt
JOSEPH M. LANDOLT, #6484
STEVEN E. HOLTSHOUSER, #24277
ROGER KELLER, #27182
Assistant United States Attorneys
111 S. 10TH Street
St. Louis, Missouri  63102
(314) 539-2200