GOVERNMENT
EXHIBIT
A
CARDELS 800-783-0399



THE NEUROBEHAVIOR AND REHABILITATION NETWORK, INC.

*Reclaiming Life*

## NEURO/REHABILITATION PSYCHOLOGY CONSULTATION

Steven F. Rothke, PhD
3350 Dundee Road
Suite N-1
Northbrook, Illinois 60062
Phone 847.480.5744
Facsimile 847.480.5755

NAME: **Norris G. Holder, Jr.**　　　DATE: March 19, 1998
DOB:　12/16/75
RE:　United States of America v. Norris G. Holder
　　　Case No. 4:97 CR 141 ERW/TCM

### REASON FOR REFERRAL:

This 22 year old, right handed, single, African-American male was referred by his defense counsel to determine if injuries he sustained several years ago are relevant to the criminal actions for which he is charged and to his future dangerousness.

### EVALUATION PROCEDURES:

Review of Medical Records
Review of School Records
Review of Summaries of Interviews of the Defendant's Family and
　　　Friends by Caryn Tatelli, LCSW
Review of Records of the Department of Corrections
Clinical Interview
Mental Status Examination
Wechsler Memory Scale-Revised (WMS-R), selected subtests
Stroop Color-Word Test
Copy of the Rey Figure
Trail Making Test
Wisconsin Card Sorting Test

### RELEVANT MEDICAL AND PSYCHOSOCIAL HISTORY:

Mr. Holder sustained a left foot and right 5th toe amputation on 10/09/91 when attempting to jump on a moving freight train with other friends. This was something he had done before and is unsure what went wrong. He



Re: Norris Holder, Jr.
Page 2

did not lose consciousness nor was he in great pain at the scene; in fact he instructed his friends what to do to help him and to prevent them from panicking. He was hospitalized at St. Louis University Medical Center where a psychological consult the next day suggested he was coping by using extensive denial. He was then transferred to St. John's Mercy Medical Center. No further psychological services were received nor were any outpatient therapies provided after discharge. He was later fitted for a prosthetic leg which has been changed once. Interviews of family and friends suggest, in some cases, that the patient appeared somewhat withdrawn or different after the accident; other interviews suggest no changes. Apparently, this was a subject he never or rarely raised spontaneously.

At the time of the above injury, he was repeating a part of the 9th grade to make up some lost credits. After the injury, he returned to school having missed a lot of time and being far behind his same age peers. He reports this led him to drop out of school in the 11th grade because he was concerned that it would take him years to make up all of the lost time and that he would be 21 years old when he graduated. He passed the GED exam in September, 1994. School records indicate that he maintained mostly A and B grades through the 6th grade and then mostly D or lower grades thereafter. Prior to the injury, he had been very involved in sports which he worked very hard at getting back to after the amputation. He was eventually able to play football with friends and broke his right foot in a football accident. His behavior was characterized by a strong desire to return to normal life after the above injury which he succeeded at in terms of family life, dating, and athletics.

In late 1992, he sustained a head injury when hit in the head by a brick (medical records of this injury were not available at the time of this writing but will be reviewed prior to testifying). He recalls being with friends in what sounds like a fight. He also recalls feeling a sharp pain unsure of what hit him that moment. He next recalls being driven home by friends and his father taking him to the hospital. He believes his loss of consciousness was a few minutes and that he required 60 staples after surgical intervention (he has a large scar of the superior right frontal area). He initially suffered from headaches and sensitivity to light and noise; he claims to have no long-term sequelae of that injury.

After leaving high school, he attempted several jobs which were usually of short duration. Most of them required standing for longer periods than he could tolerate; one job that was done from a sitting position (telemarketing) left him uncomfortable that the business was a scam. He states that he began selling



Re: Norris Holder, Jr.
Page 3

cocaine as a way of making a living and not having to ask his mother for money (he stated that he did not consume cocaine himself). The weapon he was charged with carrying was for protection, he claimed, because of the dangerous area in which he lived and because of his vulnerable position (i.e., due to the leg amputation). He eventually became aware of another prosthetic device called a Flex-Foot for which he did not have insurance coverage. He reports that this device would have enhanced his mobility and possibly enabled him to hold jobs requiring more standing. He believes the cost of the device was approximately $10,000 and that obtaining funds for the Flex-Foot was one of the motivations for his involvement in the bank robbery on March, 1997 in which a guard was killed by his accomplice.

## BEHAVIORAL OBSERVATIONS AND MENTAL STATUS:

He presented alert, well oriented, pleasant and cooperative. Speech was fluent and rapid at times with no disturbances in language, thought processes, or thought content. Affect was appropriate; mood was relaxed and pleasant. He was able to focus his attention on all questions or tasks presented to him and could easily shift his attention as needed. No difficulties were noted with comprehension or distractibility. He was able to give a coherent account of his injuries and their aftermath as well as of his emotional experiences in response to them. During formal testing with tasks that required sustained effort, he maintained the motivation to successfully complete them without signs of frustration when having difficulty.

He reports being essentially the same person as he was before his amputation and head injuries in terms of how he feels about himself, interpersonal relationships, and internal emotional experience. After his injuries, he came to believe that they were "meant to be" and that God had protected him ("I'm blessed -- I have my knee, I can walk and bend"). He states that he has never experienced flashbacks, nightmares, intrusive thoughts, or crying in response to these injuries. He believes his care was appropriate and that no treatments were denied to him that he needed. He does acknowledge feeling badly that he could not compete athletically as well after the injuries as he could before.

Mental status testing revealed intact performances on tasks involving mental sequencing, attention and concentration, topographical orientation, visuospatial organization and perception, ability to follow spoken and written commands, right-left orientation, and naming.



Re: Norris Holder, Jr.
Page 4

## TEST RESULTS:

On the WMS-R, he displayed intact orientation and recall for current events and personal information. Immediate recall for contextual verbal information (paragraphs read to him) is at the 60th percentile for his age, and delayed (30 minute) recall for what he initially retained is intact. Immediate recall for visual (geometric) material is at the 54th percentile for his age; delayed visual memory is excellent.

His reproduction of the Rey Figure, a complex geometric design, is clearly intact in terms of spatial configuration and attention to visual detail. He approached the task in a very organized, methodical manner.

On the Stroop, which involves vigilance, sustained attention, rapid reading of color names and speed of color identification, ability to filter out distractions, and flexibility of thinking, he performed well within normal limits.

Scores on the Trail Making Test, a task of rapid visual scanning, sequencing, and visuomotor speed are mildly deficient on a simple and more complex version involving more verbal material. His performance was within normal limits on the WCST which involves simple conceptual reasoning and the ability to shift problem solving strategies in accordance with changing situational demands and feedback.

## IMPRESSION:

The findings are of a cognitively intact individual without any significant neurobehavioral signs of head injury or reduced capacity to control his actions and responses. He displays a long standing pattern of emotional denial in response to stress and trauma. He has worked very hard at maintaining an able-bodied and independent status and not identifying himself as disabled. As a result of his strong desire for increased mobility and ability to work in light of his limited standing capacity, one of his motivations for the robbery was to obtain funds to purchase an improved prosthetic device. He does not display any psychiatric diagnosis nor is he in need of any psychological treatment relating to his injuries.



Re: Norris Holder, Jr.
Page 5

If I can be of further assistance, please feel free to contact me at (847) 480-5744.

Steven E. Rothke

Steven E. Rothke, Ph.D., ABPP
Diplomate in Clinical Neuropsychology and Rehabilitation Psychology,
American Board of Professional Psychology

3-02-1998 1:05PM    FROM STEVEN E ROTHKE PHD 847 480 5755    P. 2



THE NEUROBEHAVIOR AND REHABILITATION NETWORK, INC.

*Reclaiming Life*

Steven E Rothke, PhD
3330 Dundee Road
Suite N-1
Northbrook, Illinois 60062
Phone 847.480.5744
Facsimile 847.480.5755

## ADDENDUM TO NEURO/REHABILITATION PSYCHOLOGY CONSULTATION REPORT (of 03/19/98)

NAME: **Norris G. Holder, Jr.**
DOB:  12/16/75
RE:   United States of America v. Norris G. Holder
      Case No. 4:97 CR 141 ERW/TCM
DATE:  04/01/98

Since the time of the preparation of the report of 03/19/98, I have reviewed the following materials:

Medical Records of Cardinal Glennon Children's Hospital
Disciplinary Records
Time Line of Norris Holder's Life Events
Disability Application and Examination Records
Neuropsychological Evaluation by Dr. Richard Wetzel

There are no changes to the opinions offered in the report of 03/19/98.

Steven E. Rothke, Ph.D.

# CURRICULUM VITAE

. Steven Elliot Rothke
3330 Dundee Road, Suite N-1
Northbrook, IL 60062
(847) 480-5744 (phone)
(847) 480-5755 (fax)

## Licenses and Board Certifications:

Licensed Clinical Psychologist, State of Illinois (#071-003201)
Diplomate (Clinical Neuropsychology),
(Rehabilitation Psychology),
American Board of Professional Psychology (ABPP)

## Professional Experience:

| | |
|---|---|
| 1997 - present | Neuropsychological Consultant, Postdoctoral Fellowship Program, Northwestern University Medical School |
| 1995 - present | Co-Director, NeuroBehavior and Rehabilitation Network, Inc. |
| 1991 - present | Private practice in Psychological Assessment, Rehabilitation Psychology, and Neuropsychology |
| 1982 - 1996 | Rehabilitation Institute of Chicago<br>1988 - 1996 Director, Neuropsychology Testing Lab<br>1991 - 1996 Acting Manager, Psychology Department<br>1985 - 1991 Senior Psychologist<br>1982 - 1985 Staff Psychologist |

## Education:

| | |
|---|---|
| Ph.D. (1983) | Clinical Psychology (APA Approved)<br>University of Kentucky |
| Internship (1981-82) | Clinical Psychology (APA Approved)<br>West Side VA Medical Center |
| M.A. (1979) | Clinical Psychology<br>University of Dayton |
| B.A. (1976) | Psychology<br>State University of New York (SUNY) at Buffalo |

Professional Memberships:

American Psychological Association
    Division 13 (Consulting Psychology)
    Division 40 (Clinical Neuropsychology)
International Neuropsychological Society
Illinois Psychological Association
National Register of Health Service Providers in Psychology


Hospital Staff Privileges:

Northwestern Memorial Hospital


Faculty Appointments:

Assistant Clinical Professor, Northwestern University Medical School
    Department of Psychiatry and Behavioral Sciences
    Department of Physical Medicine and Rehabilitation


Publications:

Rothke, S. (1986). The role of set shifting cues on the Wisconsin Card Sorting Test and the Halstead Category Test. International Journal of Clinical Neuropsychology, 8, 11-14.

Rothke, S. (1986). The role of interpersonal feedback in group psychotherapy. International Journal of Group Psychotherapy, 36, 225-240.

Rothke, S., & Bush, D. (1986). Neuropsychological sequelae of Neuroleptic Malignant Syndrome. Biological Psychiatry, 21, 838-841.

Bush, D., & Rothke, S. (1987). Long-term outcome of Neuroleptic Malignant Syndrome. Biological Psychiatry, 22, 237-240.

Rothke, S., Bleiberg, J., & Freedland, K. (1987). Neuropsychological test correlates of anticipatory behavior deficit in closed head injury. International Journal of Clinical Neuropsychology, 9, 81-83.

Rothke, S. (1989) The relationship between neuropsychological test scores and performance on a driving evaluation. International Journal of Clinical Neuropsychology, 11, 134-136.

Rothke, S. (1989) Utility of neuropsychological assessment in determining disability. Defense Counsel Journal, 56, 206-212.

Katz, R., Golden, R., Tepper, D., Rothke, S., Holmes, J., & Sahgal, V. (1990). Driving safety after brain damage. Archives of Physical Medicine and Rehabilitation, 71, 133-137.

Rothke, S. (1992). Expert testimony by neuropsychologists: Addendum to Schwartz and Satz. The Clinical Neuropsychologist, 6, 85-91.

Rothke, S. (1992). Neuropsychologists in the disability determination process. Forensic Reports, 5, 235-244.

Laatsch, L., Rothke, S., & Burke, W. (1993). Countertransference and the multiple amputee: Pitfalls and opportunities in rehabilitation medicine. Archives of Physical Medicine and Rehabilitation, 74, 644-648.

Rothke, S., Friedman, A., Dahlstrom, W., Greene, R., Arredondo, R., & Mann, A. (1994). MMPI-2 normative data for the F-K index: Implications for clinical, neuropsychological, and forensic practice. Assessment, 1, 1-15.

Srivastava, A., Mehta, R., Rothke, S., Rademaker, A., & Blei, A. (1994). Fitness to drive in patients with cirrhosis and portal-systemic shunting: a pilot study evaluating driving performance. Journal of Hepatology, 21, 1023-1028.

Steindl, P., Finn, B., Bendok, B., Rothke, S., Zee, P., & Blei, A. (1995). Disruption of the diurnal rhythm of plasma melatonin in cirrhosis. Annals of Internal Medicine, 123, 274-277.

## National Presentations:

The Neuropsychologist in the Disability Determination Process. In R. Heilbronner (Chair), Forensic Neuropsychology: Emerging Roles and Responsibilities of the Clinician. Symposium presented at the 98th annual convention of the American Psychological Association, Boston, 1990.

Proving and Defending Brain Injury Cases: The Use of Neuropsychologists as Experts. National Institutes of the American Bar Association, Atlanta and Chicago, 1992.

Countertransference in Rehabilitation Medicine. Breakfast session presented at the annual convention of the American Congress of Rehabilitation Medicine, San Francisco, 1992.

Violence in the Workplace/ Preventing the Workers' Compensation Claimant from Becoming Violent.  Presented at the Workers' Comp Update 1995 of the Council on Education in Management, Oak Brook, IL, 1995.

Psychological Evaluation of Malingering, Embellishment, and Deception.  Presented at the Overview Course of the American Academy of Disability Evaluation Physicians, Chicago, 1995.

Evaluation of Malingering, Exaggeration, and Embellishment of Disability, and Dealing with the Challenging Claimant/Patient: Care for the Case Manager and Treater.  Presented at the course entitled "Forensic Issues in Rehabilitation" at the Rehabilitation Institute of Chicago, 1997.

## Teaching Experience:

Department of Education and Training, and Department of Nursing Education at the Rehabilitation Institute of Chicago, 1983-1996.  Lectures and presentations on neuroanatomy, clinical neuropsychology, psychological management of challenging patients, depression, countertransference, sexuality and disability, adjustment to physical disability, disability determination, and assessment of malingering.

Neuropsychology Rounds.  Full year didactic training rounds given to Postdoctoral Fellows in Medical Psychology at the Rehabilitation Institute of Chicago, 1985-1993.

Legal, Ethical, and Forensic Issues in Rehabilitation and Neuropsychology.  Three part seminar series given to Postdoctoral Fellows in Medical Psychology at RIC, 1988-1993.

Research and Statistical Methods in Rehabilitation Medicine.  Seven part course given to PM&R Residents, RIC, 1986-1992.  Co-taught with Allen Heinemann, Ph.D.

Neuropsychological Sequelae of Neuroleptic Malignant Syndrome.  Grand Rounds, Department of Physical Medicine & Rehabilitation, Northwestern University Medical School, 1985.

Psychological Management of the Difficult Patient.  Grand Rounds, Department of Medicine, Swedish Covenant Hospital, 1990.

Role of Clinical Neuropsychology in the Determination of Mental Competency.  Grand Rounds, Department of Psychiatry & Behavioral Sciences, Northwestern University Medical School, 1991.

Professional Development Seminar Series.  Third quarter of year long lecture series for first year graduate students in Clinical Psychology at Northwestern University Medical, 1994-1997.



THE NEUROBEHAVIOR AND REHABILITATION NETWORK, INC.

*Reclaiming Life*

---

## FEE SCHEDULE

Steven E Rothke, PhD
3530 Dundee Road
Suite N-1
Northbrook, Illinois 60062
Phone 847-480-5744
Facsimile 847-480-5755

| | |
|---|---|
| 1) Record Reviews | $200 per hour |
| 2) Consultations to attorneys and other professionals | $200 per hour |
| 3) Clinical Interviews | $200 per hour |
| 4) Psychological/ Neuropsychological Testing | $200 per hour |
| 5) Report preparation | $200 per hour |
| 6) Depositions | $250 per hour |
| 7) Court Testimony | $250 per hour |

Travel time is usually billed at 1/3 my usual fee of $200/hour plus direct travel expenses. Special payment arrangements are available.