GOVERNMENT
EXHIBIT
C
CARDELS 800-783-0399

CURRICULUM VITAE

2/13/98

Name:                        Richard D. Wetzel, Ph.D.
Social Security Number:      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

Sex:                         Male
Date of Birth:               October 4, 1937
Place of Birth:              Oak Park, Illinois

Citizenship:                 United States

Office Address:              Department of Psychiatry
                             Washington University School of Medicine
                             4940 Children's Place
                             St. Louis, Missouri  63110
Telephone:                   Office: 1-314-362-2465

Present Position:            Professor of Medical Psychology in
                             Psychiatry, Professor of Neurology and of
                             Neurological Surgery,
                             Washington University School of Medicine

## Education

1957        A.A.    Concordia Junior College, Fort Wayne, Indiana
1959        B.A.    Concordia Senior College, Fort Wayne, Indiana
1963        M.Div.  Concordia Seminary, St. Louis, Missouri
1964-1967           Washington University, St. Louis, Missouri
1974        Ph.D.   Psychology, St. Louis University, St. Louis,
                    Missouri
1974-1977           Postdoctoral Fellow, Department of Psychiatry,
                    Washington University School of Medicine, St.
                    Louis, Missouri

## Academic Positions/Employment

1987-       Professor of Medical Psychology in Psychiatry
1994-       Professor of Neurology
1994-       Professor of Neurological Surgery
1981-1987   Associate Professor of Medical Psychology in Psychiatry
1976-1981   Assistant Professor of Medical Psychology in Psychiatry
1971-1976   Instructor in Medical Psychology in Psychiatry
            Washington University School of Medicine
1963-1965   Instructor in Psychology, Concordia Teachers College,
            River Forest, Illinois

## University/Hospital Appointments and Committees

1997        University Committee on conflicts of interest
1996        Barnes-Jewish Hospital Ethics Consultation sub-committee
1994-       Associated Health Professional, Departments of Psychia-
            try, Neurology and Neurosurgery, Barnes Hospital
1989-1994   Associated Health Professional, Department of Psychiatry,

Richard D. Wetzel, Ph.D.
Curriculum Vitae

Barnes Hospital
1976-        Associate in Psychology, Jewish Hospital of St. Louis
1990-1992 Associated Health Professional, Incarnate Word Hospital
1981-1986 Faculty, Low Back Pain and Sciatica Symposium, Division
1990-1991 of Orthopedics, Washington University School of
            Medicine
1978-1986 Assistant Director - Administration, Department of
            Psychiatry, Jewish Hospital of St. Louis
1976-1989 Director of Psychology Programs, Department of
            Psychiatry, Washington University School of Medicine
1979-1982 Counseling and Adherence Skills Training Committee,
            Coronary Primary Prevention Trial, National Heart,
            Lung, and Blood Institute
1978-1983 Consultant, Pain Therapy Center, Jewish Hospital of St.
            Louis
1977-1979 Consultant, Diabetes Research and Training Center,
            Washington University School of Medicine
1976-1978 Consultant, Lipid Research Center, Washington
            University School of Medicine
1968-1969 Internship in Clinical Psychology, Malcolm Bliss Mental
            Health Center, St. Louis, Missouri
1967-1968 Coordinator, Suicide Prevention, Inc. of St. Louis,
            St. Louis, Missouri
1963-1964 Instructor in Psychology, Concordia Teachers College,
            River Forest, Illinois

## Editorial Experience

Board of Editorial Commentators, The Behavioral and Brain
    Sciences
Ad hoc Reviewer, American Journal of Psychiatry
Ad hoc Reviewer, Archives of General Psychiatry
Ad hoc Reviewer, Biological Psychiatry
Ad hoc Reviewer, Diabetes Care
Ad Hoc Reviewer, Journal of Nervous and Mental Diseases
Ad Hoc Reviewer, Journal of Research in Personality

## Professional Societies

Missouri Psychological Association
American Psychopathological Association, Fellow
Association of Medical School Professors of Psychology
New York Academy of Sciences
St. Louis Society of Psychologists
American Psychological Association
National Academy of Neuropsychology
International Society for the Study of Multiple Personality
    & Dissociation

2

Richard D. Wetzel, Ph.D.
Curriculum Vitae

Licensure

    Missouri #434 - 8/13/78
    Missouri Health Service Provider #00272790 - 9/27/93

Inter-disciplinary Board Certifications

    American Academy of Pain Management - 1991
    American Board of Medical Psychotherapists - 1988

Presentations

1. 60 Years of Suicide in England and Wales, 5th Annual Science Writers Conference, October 1-2, 1986, Baltimore, Maryland, AMA-The Johns Hopkins University School of Medicine

2. Freedland, K., Carney, R.M., and Wetzel, R.D.: The Muscle Tension Inventory: Reliability and Convergent Validity. Association for the Advancement of Behavior Therapy.

3. Wetzel, R.D.: Psychologic Testing in Low Back Pain, "Low Back and Sciatic Pain." Audio-Digest Foundation: Orthopaedics, Volume 13, Number 08, August, 1990.

4. Wetzel, R.D.: The Wada procedure, Division of Neuroradiology, Washington University School of Medicine, February 3, 1994.

5. Wetzel, R.D.: Psychological Assessments of Death Row Inmates. Annual scientific meeting, Midwestern Chapter, American Academy of Psychiatry and the Law, April 19, 1996.

6. Wetzel, R.D.: HIV and Suicide, HIV and Mental Health, Multi-disciplinary cross training conference, St. Louis, MO, September 20, 1996.

7. Wetzel, R.D.: The use of the MMPI in forensic assessment: civil and criminal. Psychiatric Grand Rounds, Chicago Medical School - Elgin (Il) Mental Health Center, May 13, 1997.

Richard D. Wetzel, Ph.D.
Curriculum Vitae


## A. Journals

1. Murphy, G.E., Wetzel, R.D., Swallow, C.L., and McClure, J.N., Jr.: Who calls the suicide prevention center: A study of 55 persons calling on their own behalf. Am J Psychiatry 126:314-324, 1969; also appeared in Proceedings of the Fourth Annual International Conference for Suicide Prevention, Los Angeles, California, October 18-21, 1967 (Abstract).

2. Wetzel, R.D.: The suicide prevention center: Treasuring the gift of life. Advance 11-13, 1973.

3. Wetzel, R.D., Reich, T., and McClure, J.N., Jr.: Phase of the menstrual cycle and self-referrals to a suicide prevention service. Brit J Psychiatry 119:523-524, 1971.

4. Wetzel, R.D., Reich, T., and McClure, J.N., Jr.: Premenstrual symptoms in self-referrals to a suicide prevention service. Brit J Psychiatry 119:525-526, 1971.

5. Wetzel, R.D., McClure, J.N., Jr., and Reich, T.: Premenstrual symptoms as an indicator of bipolar affective disorder. Brit J Psychiatry 119:527-528, 1971.

6. Wetzel, R.D., Buchta, R., Range, D., Morrison, J., McCabe, M., McClure, J.N., and Murphy, G.E.: What's in a name: A comparison of self-callers to a crisis intervention center and a suicide prevention center. In Proceedings of the Sixth International Conference for Suicide Prevention, Mexico City, December 5-8, 1972, pp. 363-376.

7. Wetzel, R.D., and McClure, J.N., Jr.: Suicide and the menstrual cycle: A review. Compr Psychiat 13:369-374, 1972.

8. McClure, J.N., Jr., Wetzel, R.D., Flanagan, T.A., McCabe, M.S., and Murphy, G.E.: Volunteers in a suicide prevention service: A psychiatric study. J Community Psychol 1:397-398, 1973; also appeared in Proceedings of the Sixth Annual International Conference for Suicide Prevention, Mexico City, December 5-8, 1972, pp. 321-329.

9. Kashiwagi, T., McClure, J.N., Jr., and Wetzel, R.D.: Premenstrual affective syndrome and psychiatric disorder. Dis Nerv Sys 37:116-119, 1976.

10. Kashiwagi, T., McClure, J.N., Jr., and Wetzel, R.D.: Head-ache and psychiatric disorders. Dis Nerv Sys 33:659-663, 1972.

11. Kashiwagi, T., McClure, J.N., Jr., and Wetzel, R.D.: The menstrual cycle and headache type. Headache 12:103-104, 1972.

4

Richard D. Wetzel, Ph.D.
Curriculum Vitae

12. Blath, R.A., McClure, J.N., Jr., and Wetzel, R.D.: Familial factors in suicide: Serious suicide attempts in female identical twins. Dis Nerv Sys 34:90-93, 1973.

13. Buchta, R.C., Wetzel, R.D., Reich, T., Butler, F., Clapp, E., and Fuller, D: The effect of direct contact with referred crisis center clients on outcomes of success rates. J Community Psychol 1:395-396, 1973.

14. Murphy, G.E., Gantner, G.E., Wetzel, R.D., Katz, S., and Ernst, M.F.: On the improvement of suicide determination. J Forensic Sci 19:276-283, 1974.

15. Buchta, R.C., Range, D.L., and Wetzel, R.D.: Characteristics of crisis out-reach clients. Crisis Intervention 5:17-24, 1974.

16. Wetzel, R.D.: Self-concept and suicide intent. Psychol Rep 36:279-282, 1975.

17. Wetzel, R.D., Murphy, G.E., Gantner, D.E., and Risch, J.: Improvement in Death Investigation Through Standardized Report Forms. In B.E. Comstock and R. Maris (Eds.), Proceedings of the Eighth Annual Meeting, American Association of Suicidology, St. Louis, Missouri, 1975.

18. Wetzel, R.D.: Hopelessness, depression, and suicide intent. Arch Gen Psychiat 33:1069-1073, 1976.

19. Wetzel, R.D., Reich, T., McClure, J.N., Jr., and Wald, J.A.: Premenstrual affective syndrome and affective disorder. Brit J Psychiatry 127:219-221, 1975.

20. Wetzel, R.D.: Semantic differential ratings of concepts and suicide intent. J Clin Psychol 32:4-12, 1976.

21. Buchta, R.C., Wetzel, R.D., Reich, T., Butler, F., and Clapp, E.: Predicting referral acceptance in clients others call about to a crisis intervention service. Crisis Intervention 6:10-13, 1975.

22. Wetzel, R.D.: Ratings of life and death and suicide intent. Psychol Rep 37:879-885, 1975.

23. Wetzel, R.D., and Hong, B.A.: Evaluating and managing the suicidal parishioner. Currents in Theology and Mission 3: 151-157, 1976.

24. Davis, R.A., Wetzel, R.D., Kashiwagi, T., and McClure, J.N., Jr.: Personality, depression, and headache type. Headache 16:246-251, 1976.

5

Richard D. Wetzel, Ph.D.
Curriculum Vitae

25.  Wilson, D.E., Murphy, G.E., and Wetzel, R.D.:  Expected intention-to-die and self-injury risk in a general population. Proceedings of the 9th Annual Meeting of the American Association of Suicidology, Los Angeles, April, 1976.

26.  Wetzel, R.D.:  Factor structure of Beck's Suicide Intent scales.  Psychol Rep 40:295-302, 1977.

27.  Coryell, W., and Wetzel, R.D.:  Attitudes toward issues in psychiatry among residents. Am J Psychiatry 135:732-735, 1978.

28.  Ziegler, V.E., Taylor, J.R., Wetzel, R.D., and Biggs, J.T.:  Nortriptyline plasma levels and subjective side effects. Brit J Psychiatry 132:55-60, 1978.

29.  Martin, R.L., Roberts, W.V., Clayton, P.J., and Wetzel, R.D.:  Psychiatric illness and non-cancer hysterectomy. Dis Nerv Sys 38:974-975, 1977.

30.  Wilson, K.E., Murphy, G.E., and Wetzel, R.D.:  Factors Associated with Intention-To-Die. In P. Canter (Ed.), Proceedings of the Tenth Annual Meeting, American Association of Suicidology, Boston, Massachusetts, May, 1977.  Houston, Texas: American Association of Suicidology, 1978.

31.  Herjanic, B., Herjanic, M., Tomelleri, C.J., and Wetzel, R.D.:  Substance abuse:  Its effect on offspring. Research Communications in Psychology, Psychiatry and Behavior 3:65-75, 1978.

32.  Wetzel, R.D., Margulies, T., Davis, R., and Karam, E.:  Hopelessness, depression, and suicide intent. J Clin Psychiatry 41:159-160, 1980.

33.  Tomelleri, C.J., Herjanic, M., Herjanic, B., and Wetzel, R.D.:  The wife of the alcoholic. Currents in Alcoholism 4:29-38, 1978.

34.  Burks, J.K., Wetzel, R.D., Hughes, T., Peck, W.A., and Avioli, L.V.:  Anorexia nervosa. Arch Intern Med 139:352-354, 1979.

35.  Cloninger, C.R., Reich, T., and Wetzel, R.D.:  Alcoholism and the affective disorders:  Familial association and genetic models. Proceedings of the NIAAA Conference on Alcoholism and Affective Disorder, Hilton Head Island, South Carolina, March 17-18, 1977.

36.  Wetzel, R.D., Cloninger, C.R., Hong, B.A., and Reich, T.:  Personality as a subclinical expression of the affective disorders. Compr Psychiatry 21:197-205, 1980.

6

Richard D. Wetzel, Ph.D.
Curriculum Vitae

37.    Murphy, G.E., and Wetzel, R.D.:  Suicide risk by birth cohort in the United States.  <u>Arch Gen Psychiatry</u> 37:519-523, 1980.

38.    Brim, J., Wetzel, R.D., and Wittcoff, D.:  Social networks and depression.  <u>Psychol Rep</u> 50:423-433, 1982.

39.    Wetzel, R.D.:  Suicide: The need for a cognitive perspective.  <u>The Behavioral and Brain Sciences</u> 3:265-290, 1980.

40.    Brim, J., Wetzel, R.D., Reich, T., Wood, D., Viesselman, J., and Rutt, C.:  Primary and secondary affective disorder.  Part II.  Differences in usual state self-perceptions.  <u>Compr Psychiatry</u> 21:388-395, 1980.

41.    Livingston, R.L., Zucker, D.K., Isenberg, K., and Wetzel, R.D.:  Tricyclic antidepressants and delirium.  <u>J Clin Psychiatry</u> 44:173-176, 1983.

42.    Dunbar, J., Peterson, F., Schrott, H., Schucker, B., Smith, T., Russell, M., Wade, E., and Wetzel, R.:  Design of a national counseling skills program for clinical trial staff. <u>Controlled Trials</u> 2:68, 1981.

43.    Dunbar, J., Peterson, F., Schrott, H., Russell, M., Smith, T., Wade, E., and Wetzel, R.D.:  Adherence specialist certification.  <u>Controlled Trials</u> 2:68, 1981.

44.    Murphy, G.E., and Wetzel, R.D.:  Family history of suicidal behavior among suicide attempters.  <u>J Nerv Ment Dis</u> 170:86-90, 1982.

45.    Brim, J., Wetzel, R.D., Reich, T., Wood, D., Viesselman, J., and Rutt, C.:  Primary and secondary affective disorder.  Part III.  Longitudinal differences in depression symptoms. <u>J Clin Psychiatry</u> 45:64-69, 1984.

46.    Lustman, P.J., Amado, H., and Wetzel, R.D.:  Depression in diabetic adults:  A critical appraisal.  <u>Compr Psychiatry</u> 24: 65-74, 1983.

47.    Simons, A.D., Lustman, P.J., Wetzel, R.D., and Murphy, G.E.:  Predicting response to cognitive theory and pharmacotherapy of depression:  The role of learned resourcefulness.  <u>Cognitive Ther Res</u> 9:79-89, 1985.

48.    Murphy, G.E., Simons, A.D., Wetzel, R.D., and Lustman, P.J.:  Cognitive therapy and pharmacotherapy:  Singly and together in the treatment of depression.  <u>Arch Gen Psychiatry</u> 41:33-41, 1984.

7

Richard D. Wetzel, Ph.D.
Curriculum Vitae

49.  Simons, A.D., Murphy, G.E., Wetzel, R.D., and Levine, J.: Cognitive therapy and pharmacotherapy of depression: Sustained improvement over one year. Arch Gen Psychiatry 43:43-48, 1986.

50.  Murphy, G.E., Simons, A.D., and Wetzel, R.D.: Plasma nortriptyline and clinical response in depression. J Affective Dis 9:123-129, 1985.

51.  Carney, R.M., Wetzel, R.D., Hagberg, J., and Goldberg, A.P.: The relationship between depression and aerobic capacity in hemodialysis patients. Psychosomatic Medicine 48:143-147, 1986.

52.  Carney, R.M., Goldberg, A.P., Hagberg, J., Schechter, L., and Wetzel, R.D.: Depression and aerobic capacity. Proceedings of the Sixth Annual Meeting of the Society of Behavior Medicine. New Orleans, March 1985, 64.  (Abstract).

53.  Lustman, P.J., Griffith, L.S., Harper, G.W., Fisher, E.K., Field, B.J., and Wetzel, R.D.: Relationship of psychological characteristics to glycemic control. Diabetes 34:110a, 1985.

54.  Zoccolillo, M., Murphy, G.E., and Wetzel, R.D.: Depression among medical students. J Affective Disorders 11:91-96, 1986.

55.  Hong, B.A., Smith, M.D., Robson, A.M., and Wetzel, R.D.: Depressive symptomatology and treatment in patients with end-stage renal disease. Psychological Medicine 17:185-190, 1987.

56.  Burke, W.J., Rubin, E.R., Zorumski, C.F., and Wetzel, R.D.: The safety of ECT in geriatric psychiatry. J Am Geriatric Soc 35:516-521, 1987.

57.  Wetzel, R.D., Reich, T., Murphy, G.E., Province, M., and Miller, J.P.: The changing relationship between age and suicide rates: Cohort effect, period effect, or both? Psychiatric Developments 3:179-218, 1987.

58.  Wetzel, R.D., and Reich, T.: The cognitive triad and suicide intent in depressed inpatients. Psychol Rep, 65:1027-1032, 1989.

59.  Penney, Jeffrey F., Dinwiddie, Stephen H., Zorumski, Charles F., and Wetzel, Richard D.: Concurrent and close administration of Lithium and ECT, Convulsive therapy, 6(2):139-145, 1990.

60.  Murphy, G.E., and Wetzel, R.D.: The Lifetime Risk of Suicide and Alcoholism. Archives of General Psychiatry, 47:383-392, 1990.

8

Richard D. Wetzel, Ph.D.
Curriculum Vitae

61. Murphy, G.E., Wetzel, R.D., Robins, E., McEvoy, L.: Multiple risks factors predict suicide in alcoholism. _Archives of General Psychiatry_, 49:459-463, 1992.

62. Wetzel, R.D., Murphy, G.E., Carney, R., Whitworth, W., Knesevich, M.A.: Prescribing therapy for depression: The role of learned resourcefulness. A failure to replicate. _Psychol Rep_, 70:803-807, 1992.

63. Wetzel, R.D., Knesevich, M.A., Brown, S. A., Wolff, H.A., Horn, C.J. and Cloninger, C.R.: Correlates of Tridimensional Personality Questionnaire Scales With Selected Minnesota Multiphasic Personality Inventory Scales. _Psychol Rep_, 71:1027-1038, 1992.

64. McCallum, K.E., Lock, J., Kulla, M., Rorty, M, and Wetzel, R..D. Dissociative symptoms and disorders in patients with eating disorders. _Dissociation_, 5(4):227-236, 1992.

65. Pribor, E., Yutzy, S., Dean, J.T. and Wetzel, R.D.: Briquet's Syndrome, Dissociation and Abuse, _American Journal of Psychiatry_, 143:1507-1511, 1993.

66. Wetzel, R.D., Yutzy, S.: The effect of reducing cut-off scores on Keane's PTSD scale. _Psychological Reports_, 75:1296-1298, 1994.

67. Wetzel, R.D., Guze, S.B., Cloninger, C.R., Martin, R.L. and Clayton P.J.: Briquet's syndrome (hysteria) is both a somatoform and a "psychoform" illness: an MMPI study. _Psychosomatic Medicine_, 56:564-569, November/December, 1994.

68. Murphy, G.E., Carney R.E., Knesevich, M.A., Wetzel, R.D., Whitworth, P.: Cognitive behavior therapy, relaxation training, and tricyclic antidepressant medication in the treatment of depression. _Psychological Reports_, 77:403-420, 1995.

69. Bahn, M.M., Lin, W., Silbergeld, D.L., Miller, J., Kuppusamy, K., Cook, R., Wetzel, R.D., Hammer, G., and Cross D. Functional Magnetic Resonance Imaging localization of language cortices compared to intracarotid sodium amytal angiography. _American Journal of Radiology_, 169:575-579.

70. North, C.S., Hansen, K. Wetzel, R.D., Compton, W., Napier, M. and Spitznagel, E. Non-psychotic thought disorder: objective clinical identification of somatization and antisocial personality in language patterns. _Comprehensive Psychiatry_, 38:171-178, 1997.

71. Song, I.H., North, C.N., Wetzel, R.D. and Spitznagel, E.L. Homeless street people report conservative sexual attitudes yet anticipate risky behavior. _Psychiatric Rehab J_, 20:75-79, 1997.

9

Richard D. Wetzel, Ph.D.
Curriculum Vitae


Clinical Acknowledgments

1.   Robert Kaniecki, M.D. and John C. Morris, M.D.: Reversible paraneoplastic limbic encephalitis, <u>Neurology</u> 43:2418-2419, November, 1993.

Neuropsychological assessment in clinical trials

| Disorder | Local Principal Investigator | Number of Studies |
|---|---|---|
| Complex Partial Seizures | James Ferrendelli, M.D. | 3 |
| Complex Partial Seizures | John Miller, M.D. Ph.D | 1 |
| Closed head Injuries | Dennis Vollmer, M.D. | 1 |
| Multiple Sclerosis | Anne Cross, M.D. | 1 |
| Recurrent glioma | Keith Rich, M.D. | 1 |

Articles in preparation

1.   Keidar, A., Wetzel, R.D. and Cloninger, C.R.: Personality in vocal cord pathology: under-use and over-use, in preparation.

2.   Keidar, A., Wetzel, R.D. and Cloninger, C.R.: Personality and spasmodic dysphonia, in preparation.

3.   Wetzel R.D., Murphy G.E., Carney R.M., Knesevich M.A., and P.Whitworth. Measures of depression and anxiety as a function of comorbidity and treatment. in preparation.

4.   Wetzel, R.D., Murphy, G.E. et al., What does Keane's PK scale measure?; scores in two depressed out-patient samples. in preparation.

5.   Wetzel, R.D., Guze, S.B., Cloninger, C.R., Martin, R.L., and P.J. Clayton. The subtle and obvious scale scores distinguish between women with and without somatization disorder, in preparation.

6.   Wetzel R.D., Yutzy S.H. and Wetzel J.D., What does a high score on the MMPI-2 Post Traumatic Stress scales mean: how to challenge extravagant claims for the scales. in preparation.

7.   Wetzel, R.D. and Murphy, G.E.: Suicides per day in December are still low compared to suicides per day the rest of the year, submitted.

8.   Bahn, M.M., Lin, W., Silbergeld, D.L., Miller, J., Kuppusamy, K., Cook, R., and Wetzel, R.D. Use of functional Magnetic Resonance Imaging localization of motor, visual and speech cortices for planning neurosurgical procedures. In preparation.

10

Richard D. Wetzel, Ph.D.
Curriculum Vitae

9.    Wetzel RD, Clayton P, Cloninger CR, Guze SB, Martin RL, North CS, and SH Yutzy, The diagnosis of Post Traumatic Stress Disorder with the MMPI: PK scale scores in somatization disorder. Submitted.

10.    Wetzel, R.D., Brim, J., Guze, S.B., Cloninger, C.R., Martin, R.L. and Clayton, P.J. MMPI screening scales for Somatization Disorder, submitted.

Books and Chapters

1.    Wetzel, R.D.: Suicidal Intent, Affect and Cognitive Style. Doctoral Dissertation, St. Louis University, 1974.

2.    Reich, T., Biggs, J.T., and Wetzel, R.D.: Depression and mania. Current Therapies 899-905, 1977.

3.    Wetzel, R.D.: Hopelessness, depression, and suicide intent. In J.M. Neale, G.C. Davidson, and K.P. Price (Eds.), Contemporary Readings in Psychopathology, 2nd ed. New York: John Wiley and Sons, 1978. Pp. 129-138.

4.    Cloninger, C.R., Reich, T., and Wetzel, R.D.: Alcoholism and the affective disorders: Familial association and genetic models. In D. Goodwin and C. Erickson (Eds.), Alcohol and the Affective Disorders. New York: Spectrum Press, Pp. 57-86, 1979.

5.    Wetzel, R.D., Cloninger, C.R., and Guze, S.B.: Assessment of neuroses. In E.J. Burdock, A. Sudilovosky, and S. Gershon (Eds.), Quantitative Techniques for the Evaluation of the Behavior of Psychiatric Patients. New York: Dekker, Pp. 439-484, 1982.

6.    Dunbar, J., Hunninghake, D., Myers, D., Peterson, F., Rogers, J., Russell, M., Schrott, H., Schucker, B., Smith, T., Tucker, D., Wade, E., and Wetzel, R.: Adherence counselor training and certification. NHLBI Workshop. The Lipid Research Clinics Coronary Primary Prevention Trial: Results and Analysis. Bethesda, Maryland, June 6-7, 1984.

7.    North, C.S., Ryall, J.M., Ricci, D.A., and Wetzel, R.D.: Multiple Personalities, Multiple Disorders: Psychiatric classification and media influence, Oxford University Press, 1993.

8.    Murphy, G.E., Wetzel, R.D.: Therapy of the Suicidal Alcoholic Patient. In preparation.

9.    Cloninger, C.R., Przybeck, T.R., Svrakic, D.M. and Wetzel, R.D.: The Temperament and Character Inventory (TCI): A guide

11

Richard D. Wetzel, Ph.D.
Curriculum Vitae

to its development and use.  Center for Psychobiology of Personality, Washington University, St. Louis, Missouri 1994.

10. Guze, S.B. and Wetzel, R.D. Psychotherapy. In Guze, S.B. (Ed.) Washington University Adult Psychiatry, St. Louis, MO, C.V. Mosby, 1997. Pp. 33-43.

11. Wetzel, R.D. Psychological testing. In Guze, S.B. (Ed.) Washington University Adult Psychiatry, St. Louis, MO, C.V. Mosby, 1997. Pp. 333-339.

Conferences

1. The MMPI-2: A Powerful Ally for Therapists, October 19, 1991, St. Louis, Missouri, Carolina Workshops Associates.

2. Dissociative States:  A Four-Part Series for Therapists, October 10 - November 21, 1991, St. Louis, Missouri, St. Anthony's Medical Center.

3. Multiple Personality and Dissociative States, Eighth International Conference, November 13-17, 1991, Chicago, Illinois, Rush-Presbyterian-St. Luke's Medical Center.

4. Behavioral Neurology and Neuropsychology, The 17th Annual Course, December 15-18, 1991, Lake Buena Vista, Florida, The Florida Society of Neurology.

5. New Genetic Approaches to Mental Disorders, March 5-7, 1992, New York, New York, American Psychopathological Association Meeting.

6. Behavioral Neurology and Neuropsychology, The 18th Annual Course, December 9-12, 1992, Lake Buena Vista, Florida, The Florida Society of Neurology.

7. Contemporary Issues in Forensic Psychology, January 20-22, 1994, Hilton Head Island, North Carolina, The American Academy of Forensic Psychology.

8. Current Topics in Law and Mental Health, November 4-6, 1994, Seattle, Washington.

9. Worker's Compensation Fraud Seminar, St. Louis, Missouri, December 15-16, 1994.

10. American Academy of Forensic Psychology workshops, Nashville, TE, February 23-25, 1995.

11. American Psychopathological Association, New York, NY, March 2-4, 1995.

12

Richard D. Wetzel, Ph.D.
Curriculum Vitae

12.  Evaluation & treatment of disorders of attention, executive function, visual neglect and memory, St. Louis, MO, March 17-19, 1995.

13.  American Academy of Forensic Psychology workshops, Atlanta, GA, March 23-25, 1995.

14.  Current issues in Epilepsy, Clayton, Missouri, June 3, 1995.

15.  American Academy of Psychiatry and the Law, Midwestern Chapter, Clayton, Missouri, April 19-20, 1996.

16.  University of Missouri Law School - Premises Liability for Violent Crime, August 9, 1996.

17.  Advanced Topics in Risk Assessment:  A Two-Day Seminar, Hilton Head Island, South Carolina, January 28-February 1, 1998.

18.  Role of the Forensic Psychologist in Death Penalty Mitigation, Hilton Head Island, South Carolina, January 28-February 1, 1998.