**CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (12–98)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MOECG | NORRIS HOLDER | |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:03CV-923 ERW | | |

**N CASE/MATTER OF** *(Case Name)*
Norris Holder vs.
United States

**8. TYPE PERSON REPRESENTED**
☐ Adult Defendant  ☐ Appellant  ☐ Other:
☒ Habeas Petitioner  ☐ Appellee

**9. REPRESENTATION TYPE**
☐ D1 28 U.S.C. § 2254 Habeas (Capital)  ☒ D3 28 U.S.C. § 2255 (Capital)
☐ D2 Federal Capital Prosecution  ☐ D4 Other (Specify)

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☒ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of Attorney _____   Date ____   **RECEIVED**   SEP 2 8 2004
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization
**ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Christoher E. McGraugh
One City Centre Ste. 2001
St. Louis, MO 63101

ST. LOUIS
JUN 21 2004

Telephone Number: 314-231-9600   U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** *(See Instructions)*

Neuropsychological Evaluation and consult

**13. TYPE OF SERVICE PROVIDER**

| | | | | |
|---|---|---|---|---|
| 01 ☐ Investigator | | 15 ☐ Other Medical |
| 02 ☐ Interpreter/Translator | | 15 ☐ Voice/Audio Analyst |
| 03 ☒ Psychologist | | 17 ☐ Hair/Fiber Expert |
| 04 ☐ Psychiatrist | | 18 ☐ Computer (Hardware/ Software/Systems) |
| 05 ☐ Polygraph | | 19 ☐ Paralegal Services |
| 06 ☐ Documents Examiner | | 20 ☐ Legal Analyst/Consultant |
| 07 ☐ Fingerprint Analyst | | 21 ☐ Jury Consultant |
| 08 ☐ Accountant | | 22 ☐ Mitigation Specialist |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | | 23 ☐ Duplication Services (See Instructions) |
| 10 ☐ Chemist/Toxicologist | | 24 ☐ Other (Specify) |
| 11 ☐ Ballistics | | |
| 13 ☐ Weapons/Firearms/Explosive Expert | | |
| 14 ☐ Pathologist/Medical Examiner | | |

**14. COURT ORDER**  Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____  Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.  ☐ YES  ☐ NO

**15. STAGE OF PROCEEDING**  Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding.  CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

**CAPITAL PROSECUTION**
a. ☐ Pre–Trial   e. ☐ Appeal
☐ Trial   f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari
☐ Sentencing
J. ☐ Other Post Trial

**HABEAS CORPUS**
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☒ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

**OTHER PROCEEDING**
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES**

**FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $6,437.50 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | $ 711.39 | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $7,148.89 | | |

PROCESSED FOR PAYMENT

**17. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
H. Anthony Semone, Ph.D.
8825 Patton Road
Wyndmoor, PA 19038

TIN: 20-0446806   DATE 8/18/04
Telephone Number: 215-836-7179

**CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM** 6-2-04 **TO** 6-5-04

**CLAIM STATUS**  ☐ Final Payment  ☒ Interim Payment Number #1  ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of Claimant/Payee _____   Date 6-11-04

**18. CERTIFICATION OF ATTORNEY**  I hereby certify that the services were rendered for this case.
Signature of Attorney _____   Date 6-18-04

**APPROVED FOR PAYMENT — COURT'S USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer  E. Richard Webber   9/13/04 Date   6524 Judge/Mag. Judge Code

| TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| 6,150.00 | 711.39 | | 6,861.39 |

**FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,**
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate)  James B. Loken   8-9-04   Date   Judge Code