**CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (12-98)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MOECG | NORRIS HOLDER | Original |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:03CV-923 ERW | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| HOLDER VS. UNITED STATES | ☒ Adult Defendant ☐ Appellant ☐ Other: <br> ☐ Habeas Petitioner ☐ Appellee | ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) <br> ☐ D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

**10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

**11. ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix)* **AND MAILING ADDRESS**

CHRISTOPHER E. MCGRAUGH
ONE CITY CENTRE
SUITE 2001
ST. LOUIS, MO 63101

Telephone Number: 314-231-9600

**12. COURT ORDER:**

☐ O Appointing Counsel   ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel   ☐ Y Standby Counsel

Prior Attorney's Name: _____   Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL   ☐ CO-COUNSEL

Name of Co-Counsel
or Lead Counsel: _____   Appointment Date: _____

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each. (e.g., lead counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____   _____
Date of Order   Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

**13. NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

PROCESSED RECEIVED
PAYMENT AUG 11 2004
DATE 10/6/04 U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**CLAIM FOR SERVICES AND EXPENSES**

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

**CAPITAL PROSECUTION**
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

**HABEAS CORPUS**
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☒ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

**OTHER PROCEEDING**
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

**HOURS AND COMPENSATION CLAIMED**

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $125.00) | | | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | 2.5 | | | | |
| c. Witness Interviews | 2.9 | | | | |
| d. Consultation with Investigators & Experts | 7.1 | | | | |
| e. Obtaining & Reviewing the Court Record | 2.6 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 5.5 | | | OUT OF COURT TOTAL *Categories b–j* | OUT OF COURT TOTAL *Categories b–j* |
| g. Consulting with Expert Counsel | 2.3 | | | | |
| h. Legal Research and Writing | 22.6 | | | | |
| i. Travel | 7.6 | | | | |
| j. Other (Specify on additional sheets) | 19.5 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = $125.00) | 72.6 | 9,075.00 | | | |

**CLAIM FOR TRAVEL AND EXPENSES**

| | | | |
|---|---|---|---|
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 131.25 | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | 87.28 | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | 9,293.53 | |

**18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**

FROM: 5-1-04   TO: 6-30-04

**19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**20. CASE DISPOSITION**

**21. CLAIM STATUS**   ☐ Final Payment   ☒ Interim Payment Number 3   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☒ YES ☐ NO   If yes, were you paid? ☒ YES ☐ NO
Have you, or to your knowledge has any one else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date 8-10-04

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| -0- | 9075 | 131.25 | 87.28 | $9,293.53 |

27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER    E. Richard Webber
DATE 9/30/04    27a. JUDGE CODE