UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,                          )
                                        )
              Movant,                   )
                                        )        No. 4:03CV0923 ERW
       vs.                              )
                                        )        *This is a Capital Case*
UNITED STATES OF AMERICA,               )
                                        )
              Respondent.               )

## MOTION FOR ADDITIONAL TIME TO FILE REPLY

COMES NOW Norris Holder, by and through counsel, Christopher E. McGraugh and Michael J. Gorla, and requests three (3) additional days, up to and including Monday, October 18, 2004, in which to file his reply to the government's response to movant's § 2255 motion. In support of this motion, movant states as follows:

1.      Movant's reply to the government's response to his § 2255 motion is due to be filed on October 15, 2004.

2.      Counsel have been diligently working in an effort to complete the reply by October 15, 2004; however, due to their case load, which includes among other things, other death penalty cases, counsel are unable to complete movant's reply by October 15, 2004.

3.      Counsel request three (3) additional days, up to and including, Monday, October 18, 2004, in which complete and file movant's reply.

4.      The purpose of this request is not to delay the proceedings, but to insure that movant gets the quality representation to which he is entitled.

WHEREFORE, for each and all of the reasons, movant request that he be granted three (3) additional days, up to and including October 18, 2004, in which to file his Reply to the Government's Response to his § 2255 motion.

Respectfully submitted,

/s/ Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, Missouri 63101
(314) 231-9600
(314) 231-9480 - Facsimile
E-mail: cmcgraugh@leritzlaw.com

/s/ Michael J. Gorla
MICHAEL J. GORLA, #3251
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

*Counsel for Norris Holder*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Joseph M. Landolt, Mr. Steven Holtshauser, and Mr. Roger Keller, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

/s/ Michael J. Gorla
Michael J. Gorla, #3251
Attorney for Norris Holder
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com