UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,                               )
                                             )
            Movant,                          )        Case No. 4:03CV923ERW
                                             )
v.                                           )
                                             )
UNITED STATES OF AMERICA,                    )
                                             )
            Respondent.                      )

## PETITIONER'S REQUEST TO CONTINUE EVIDENTIARY HEARING

COMES NOW Norris Holder by and through appointed counsel, Christopher E. McGraugh and Michael J. Gorla, request this Court to continue from January 4, 2005 the evidentiary hearing for the above-styled cause.  In support of this motion, Petitioner states as follows:

1.      Norris Holder is a federal prisoner under sentence of death presently incarcerated in Terra Haute, Indiana.

2.      Petitioner filed a Motion to Vacate Set Aside a Correct Sentence pursuant to 28 U.S.C. § 2255 on or about June 8, 2004.  On or about August 31, 2004 the Government filed a Response in Opposition to Petitioner's Motion to Vacate Set Aside a Correct Sentence.  Accordingly, Petitioner filed on October 18, 2004 their Reply to Government's Response in Opposition.

3.      On or about December 3, 2004, Petitioner received notice that the Court had ordered an evidentiary hearing to be held in the above-styled matter on January 4, 2005 at 9:00 a.m. by Honorable Richard Weber in the United States District Court of the Eastern District of Missouri, St. Louis, Missouri.

5.     Petitioner requires the Court to reset the January 4, 2005 evidentiary hearing as a number of material witnesses are unavailable to appear on January 4, 2005 and provide testimony in the above-styled matter.

6.     Petitioner has learned the following regarding the availability of witnesses:

a.     Jennifer Herndon (Brewer).

Ms. Herndon was appointed to represent Petitioner prior to trial is a material witness and can provide testimony as to all the claims for which the Court has granted evidentiary hearing. Ms. Herndon is scheduled to participate in evidentiary pre-trial motions in the matter of the United States v. Eugene Mitchel, United States District Court for the Eastern District of Michigan the week of January 4, 2005.

b.     Richard Burr.

Mr. Burr is an attorney who resides in the State of Texas. Mr. Burr is a Resource Counsel who provides assistance to attorneys in federal capital trials throughout the United States. Mr. Burr participated in the preparation of Mr. Holder's case and is a material witness. Mr. Burr is unavailable the week of January 4, 2005 since he is appointed counsel for a state prisoner in a 2244 habeas corpus petition of Jose Briseno who is scheduled for execution on January 20, 2005. Mr. Burr anticipates that he will be involved in last minute appeals and stays of execution the week of January 4, 2005.

c.     Richard Sindel. Mr. Sindel was lead trial counsel for Petitioner's co-defendant, Billie Allen. Mr. Sindel has previously scheduled Court appearances on the January 4, 2005 and would be unavailable.

7.     The setting of the hearing on January 4, 2005 gives Petitioner's attorney inadequate time to prepare for a hearing. Mr. Gorla had previously scheduled vacation the week of December 27, 2004. Mr. McGraugh had intended to travel to Chicago, Illinois to visit his father-in-law with his family who is gravely ill from a fatal neurological disorder.

8.     Rules governing § 2255 proceedings for United States District Courts, Rule 8, Evidentiary Hearings states in pertinent part:

(c)    **Appointment of counsel; time for hearing.** If an evidentiary hearing is required, the Judge shall appoint counsel for a movant who qualifies for appointment of counsel under 18 U.S.C. § 3006A(g) and the hearing shall be conducted as promptly as practicable, having regard for the need of counsel for both parties for adequate time for investigation and preparation.

9.    Thirty (30) days is inadequate time for counsel to investigate and prepare for hearing specifically given the intervening holiday season.

10.    Counsel for the Government has no opposition to this request.

11.    Counsel requests this Court to order a Scheduling Conference in order that all parties can schedule and mutually convenient time for the Court, counsel and witnesses.

WHEREFORE, Petitioner prays this Court to enter an Order continuing the hearing of January 4, 2005 and to order the parties to a Scheduling Conference to set a mutually convenient date for the Court and parties.

Respectfully submitted,

LERITZ, PLUNKERT & BRUNING, P.C.

By:    /s/Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Counsel for Movant
Leritz, Plunkert & Bruning PC
One City Centre, Suite 2001
St. Louis, MO 63101
Telephone: 314/231-9600
Facsimile: 314/231-9480

MICHAEL J. GORLA, #3251
Co-Counsel for Petitioner
720 Olive Street, Suite 2301
St. Louis, MO 63101
Telephone: 314/621-1617
Facsimile: 314/621-7448

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Steven Holtshouser, Esq.
Assistant United States Attorney
111 South 10th Street
20th Floor
St. Louis, Missouri 63102

/s/Christopher E. McGraugh

4