**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | No. 4:03CV00923 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER RESETTING HEARING**

By agreement of all parties and this Court, Petitioner's Request to Continue Evidentiary

Hearing [doc. #27] is GRANTED.   Evidentiary Hearing in this matter is reset to **January 31, 2005**,

at **9:00 a.m.**    Petitioner Norris  Holder is currently being held in the United States Penitentiary in

Terre Haute, Indiana, and petitioner's presence is required at this hearing.

**IT IS HEREBY ORDERED** that the United States Marshal Service shall transport Norris

Holder, Inmate #26902-044, from the United States Penitentiary in Terre Haute, Indiana, to the U.S.

District Court in St. Louis, Missouri, to attend the Evidentiary Hearing on **January 31, 2005**, at **9:00**

**a.m.**.

So Ordered this  9th  Day of  December , 2004.


_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE