UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,                               )
                                             )
              Petitioner,                    )
                                             )
v.                                           )        No. 4:03CV923 ERW
                                             )
UNITED STATES OF AMERICA,                    )
                                             )
              Respondent.                    )

**GOVERNMENT'S MOTION FOR CONTINUANCE OF HEARING
AND REQUEST FOR SCHEDULING CONFERENCE**

Comes now the United States of America, by and through its attorneys, James G. Martin,

United States Attorney for the Eastern District of Missouri, Steven E. Holtshouser, Joseph Landolt

and Roger Keller, Assistant United States Attorneys for said District and requests a continuance of

the Section 2255 hearing in this case and a scheduling conference and in support thereof states as

follows:

In early December, 2004, this Court entered an Order setting a hearing in this matter for

January 4, 2005 and identifying several specific issues which would be the subject of the hearing.

Thereafter, the hearing was continued to January 31, 2005.  On January 18, 2005, counsel for the

Government met with counsel for the petitioner, Christopher McGraugh and Mike Gorla, to discuss

the impending hearing and to exchange information concerning witnesses that would be called by

either party at the hearing.  Petitioner's counsel notified the Government that it may call the

following witnesses: Richard Burr, Jennifer Herndon, Karyn Tatelli, Richard Sindel, Brad Dede,

Norris Holder and Norris Holder's mother.  Petitioner's counsel indicated that additional witnesses

1

were possible. Petitioner's counsel indicated that it possessed approximately 9 banker's boxes of documents that may be relevant to this matter, some of which may be offered into evidence at the hearing. The Government has not had an opportunity to review these. Petitioner's counsel did produce on January 18, 2005, a set of notes dated May 12, 1998, purportedly written by Richard Burr. Petitioner's counsel explained to Government counsel that Richard Burr was an attorney with the Federal Death Penalty Resource Center who apparently had contacts with Norris Holder's trial counsel during and after the trial and that he would be providing testimony on a variety of the topics. Petitioner's counsel also indicated that it does not believe that it yet has Jennifer Herndon's complete Norris Holder file.[1]

The Government notified petitioner's counsel that the witnesses that it may call included Ed Dowd, Jan Saylor,[2] and two of the court's clerks, Gil Beckmeier and Melanie Berg. In addition, there is a possibility that one of the undersigned may testify to their recollection as to whether Charlie Shaw as ever observed sleeping during the trial. Moreover, the parties discussed the possibility that the recollection of this court concerning the sleeping issue would be requested and put on the record prior to the hearing. Finally, both parties expressed their mutual desire to conduct depositions of the other party's witnesses prior to the hearing and to request discovery of pertinent documentation.

While the rules governing Section 2254 and 2255 cases may be applied in federal habeas cases at the discretion of this Court, see Rule 1(b), and the Government normally opposes extended

---

[1] Jennifer Herndon used the name Jennifer Brewer at the time of the trial and was one of Norris Holder's defense attorneys.

[2] Jan Saylor was the FBI case agent assigned to the case and her name was Jan Hartmann at the time of the trial.

discovery procedures in most Section 2255 cases, this is a capital case. In fact, this is the first such federal capital case in this district to be reviewed under Section 2255 since the federal death penalty was reestablished. The only other death penalty imposed in this district was petitioner's co-defendant, Billie Allen, whose case remains on direct appeal following the *en banc* argument before the 8th Circuit in September, 2004, on a petition for rehearing. The Government respectfully suggests that the discovery procedures of the Federal Rules of Civil Procedure, available pursuant to Rule 6(a) of the rules governing Section 2255 cases, should be invoked by the parties in this case to fully investigate and develop a complete record for this Court and subsequent reviewing courts. This is particularly true in view of the nature of several of the claims being made by petitioner and the time which has passed between the date of the trial in this case and the ultimate hearing on petitioner's motion. This discovery was not requested by the Government prior to this time, because the Government believed that no hearing was required as petitioner failed to meet his burden of establishing the need for such hearing. The Government respects this Court's judgment that a hearing is warranted on the discrete issues identified by this Court, but respectfully suggests that full and complete discovery prior to such a hearing would be beneficial to the parties, this Court and the inevitable review Courts.

Accordingly, the Government respectfully requests that the January 31, 2005 hearing be continued to a later date and that this Court set a date for a scheduling conference to establish a schedule and deadlines for conducting discovery in preparation for said hearing. Upon information and belief, the Government believes that petitioner's counsel will simultaneously file a similar motion for continuance that may include additional justifications. The Government believes that both parties are in agreement that the hearing in this case should be continued and that the discovery

3

process available under the Federal Rules of Civil Procedure should be invoked and approved by this Court.

WHEREFORE, the Government respectfully requests that the Section 2255 hearing scheduled for January 31, 2005 be continued and that a scheduling conference date be set by this Court.

Respectfully submitted,

JAMES G. MARTIN
United States Attorney

/s/ Steve Holtshouser

STEVEN E. HOLTSHOUSER, #24277
JOSEPH M. LANDOLT, #6484
ROGER KELLER, #27182
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200 (phone) (314) 539-2309 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2005, the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Christopher E. McGraugh
Attorney at Law
1 City Centre, Suite 2001
St. Louis, MO 63102

Micahel J. Gorla
Attorney at Law
720 Olive, Suite 1630
St. Louis, MO 63101

/s/Steve E. Holtshouser
Assistant United States Attorney

4