UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | Case No. 4:03CV923ERW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## PETITIONER'S REQUEST TO CONTINUE EVIDENTIARY HEARING

COMES NOW Norris Holder by and through appointed counsel, Christopher E. McGraugh and Michael J. Gorla, request this Court to continue from the January 31, 2005 the evidentiary hearing for the above-styled cause. In support of this motion, Petitioner states as follows:

1    Norris Holder is a federal prisoner under sentence of death presently incarcerated in Terra Haute, Indiana.

2.    Petitioner filed a Motion to Vacate Set Aside a Correct Sentence pursuant to 28 U.S.C. § 2255 on or about June 8, 2004. On or about August 31, 2004 the Government filed a Response in Opposition to Petitioner's Motion to Vacate Set Aside or Correct Sentence. Accordingly, Petitioner filed on October 18, 2004 their Reply to Government's Response in Opposition.

3.    On or about December 3, 2004, Petitioner received notice that the Court had ordered an evidentiary hearing to be held in the above-styled matter on January 4, 2005 at 9:00 a.m. by Honorable Richard Weber in the United States District Court of the Eastern District of Missouri, St. Louis, Missouri.

4.    The Court granted Petitioner's request and reset the evidentiary hearing for January 31, 2005.

5.    On January 18, 2005, counsel for the Government met with counsel for the petitioner to discuss the impending hearing and exchange information concerning witnesses that may be called by either party at the hearing.  At that meeting, counsel for the Government advised Petitioner's counsel of their intention to seek civil discovery by way of deposition and request for production.  Production of documents as well as depositions of witnesses would be extremely time consuming specifically, by the fact that at least two of Petitioner's witnesses reside outside the state.

6.    Counsel for Petitioner, Christopher E. McGraugh, has been set for jury trial in the matter of United States v. Amesheo Cannon pending before the Honorable Henry Autry.  This case has been set for the week of February 21, 2005.

7.    Additionally, one of Petitioner's witnesses in this matter, Jennifer Herndon, (Brewer) is co-counsel to Petitioner's counsel, Christopher E. McGraugh in the pending case of United States v. Amesheo Cannon pending before Honorable Henry Autry.

8.    Given the amount of time of preparation required to proceed on January 31, 2005, along with participation in the discovery which the Government tends to seek hinders Petitioner's counsel ability to prepare for the upcoming trial in the United States v. Amesheo Cannon as well as prepare for the hearing in the above-styled cause.

WHEREFORE, Petitioner joins in the Government's request that the Section 2255 hearing scheduled for January 21, 2005 be continued and a scheduled conference date be set by this Court.

Respectfully submitted,

LERITZ, PLUNKERT & BRUNING, P.C.


By:   /s/Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Counsel for Movant
Leritz, Plunkert & Bruning PC
One City Centre, Suite 2001
St. Louis, MO 63101
Telephone: 314/231-9600
Facsimile: 314/231-9480

MICHAEL J. GORLA, #3251
Co-Counsel for Petitioner
720 Olive Street, Suite 2301
St. Louis, MO 63101
Telephone: 314/621-1617
Facsimile: 314/621-7448

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2005, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Steven Holtshouser, Esq.
Assistant United States Attorney
111 South 10th Street
20th Floor
St. Louis, Missouri 63102

/s/Christopher E. McGraugh

3