COURTROOM MINUTE SHEET

CAUSE NO. _4:03 CV 923 ERW_   DATE: _1-25-05_

JUDGE: _Webber_

COURT REPORTER: _g berlsmith_

DEPUTY CLERK: _e Liddy_

_Holder_

vs.

_USA_

ATTY(S) FOR PLTF(S) _Chris McGraugh -(Phone) Michael Gorla_

ATTY(S) FOR DEFT(S) _Steve Holtshouser / Joe Landholt_

DEFT PRESENT

PARTIES PRESENT FOR _Govts motion to continue and produce #30
D's motion to continue evid hrg #31. Court
grants both motions and sets a
status conf for 3-22-05 @ 11am (ERW_

WITNESSES:

ATTY(S) PRESENT: _____

COURTROOM TIME: _8:30 - 8:45a_