**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

CASE INFORMATION RECORD   Date _3-22-05_   Page No. _1_   Case No. _4:03CV923ERW_

_Norris G. Holder_   vs.   _USA_

Division _EDMO_   Presiding Judicial Official _E. Richard Webber_ Operator _T. Hopwood_

Proceeding _Status Conference_

FTR GOLD Audio Channels   1- Judge (J)   2 - Witness   3 - Lectern   4 - Jury

Attorney(s) for Plaintiffs _Michael Gorla + Christopher McGraugh_
Attorney(s) for Defendant(s) _Steven Holtshouser + Joseph Landolt_

**Parties present for** _Status Conference; status of case discussed; parties agreed that they would informally proceed with depositions and other discovery. Status conference set for 5/10/05 at 1:00pm._

**It is hereby ordered that** _____

_____

_____

Pltf.Witness_____   Deft. Witness_____
Pltf Witness_____   Deft. Witness_____
Pltf.Witness_____   Deft. Witness_____

Pltf. Exhibits:_____
Pltf. Exhibits:_____

Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits retained by   ☐ counsel   ☐ court

Defendant attorney present at _10:50_ (a.m.)/p.m.

Proceedings commenced _11:05_ (a.m.)/p.m.   Concluded _11:15_ (a.m.)/p.m.