IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

NORRIS G. HOLDER,

       Petitioner,

vs.                          No. 4:03-CV-923 ERW

UNITED STATES OF AMERICA,

       Respondent.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT:    The Honorable E. Richard Webber, Presiding

ATTORNEYS FOR PETITIONER:  Michael J. Gorla and Christopher E. McGraugh

ATTORNEYS FOR RESPONDENT:  Steven E. Holtshouser and Joseph M Landolt

Status Conference

March 22, 2005

TERI HANOLD HOPWOOD
Registered Merit Reporter
Thomas F. Eagleton Courthouse
111 South Tenth Street
St. Louis, MO 63102

THE COURT:  Good morning.  Holder versus United States.  The case number is 4:03-CV-923 ERW  Is the movant ready, Mr. Gorla?

MR. GORLA:  Ready, Your Honor.

THE COURT:  Is the United States ready, Mr. Landolt?

MR. HOLTSHOUSER:  Yes, Your Honor.

THE COURT:  Mr. Holtshouser?

MR. HOLTSHOUSER:  Judge, to update you on what we've been doing, we met with Mr. -- Mr. Landolt and I met with Mr. Gorla a number of times.  Mr. McGraugh has been in trial, as you may know.  There was about ten boxes that were at -- ten boxes of documents that were at Mr. McGraugh's office.  Mr. Landolt and I have gone through those documents, completed a review of those.  We identified some to be copied.  Most of that has been copied for us.  I think the copying is completed.

MR. GORLA:  Yes.

MR. HOLTSHOUSER:  We'll have that today.  We have met and discussed certain witnesses that we would like to depose by mutual agreement, and others who we think don't need to be deposed but need to be interviewed and spoken to.  Our proposal to the Court was to attempt to accomplish those depositions on our own by agreement of the parties without court intervention in April.

THE COURT:  All right.

MR. HOLTSHOUSER:  And we would ask you, though, to set a date in May to be back for a further status conference, and hopefully at that time we would be in a position to request a hearing date from you.

THE COURT:  All right, very well.

MR. HOLTSHOUSER:  And give you some idea of the scope of the hearing.

MR. GORLA:  That's correct, Your Honor.

THE COURT:  Sometime maybe around the 10th of May, in that range?

MR. HOLTSHOUSER:  Sounds fine, Judge.

MR. GORLA:  Sounds fine.

MR. HOLTSHOUSER:  May 10th, Your Honor?

THE COURT:  We'll let you know for sure in just a moment.

Would 1:00 be satisfactory?

MR. GORLA:  That would be fine, Judge.

THE COURT:  1:00 on May 10 for the next status conference.

MR. HOLTSHOUSER:  There were two other issues, Judge, to bring to your attention.  One was one of your clerks, Melanie Berg, we were basically asking the Court's permission -- we have spoken with her.  She's agreeable to talk with us and tell us her recollections.  We don't feel the

need to depose her, but we want to get your permission to talk to her.

THE COURT:  Of course.

MR. HOLTSHOUSER:  If we call her at that hearing, Mr. Woodward requested we subpoena her for the hearing.  I don't believe Mr. Beckmeyer works for the Court any more. We're going to attempt to locate Mr. Beckmeyer on our own.

THE COURT:  He does not.  I can probably supply you with his address if that would be helpful.

MR. HOLTSHOUSER:  The other question may have been raised at the last meeting, but it had to do with your recollection as it related to one of the issues that claim that Mr. Shaw was sleeping during portions of the trial.  It's obviously a bit of a -- no party intends to call you as a witness, or cross-examine you, but what I think we would ask for at some point, that both parties be notified as to whether you have a recollection on that issue, and what it would be so that that would be a fact in your findings of fact so that we know going into the hearing what that finding would be.  We're not asking for it now, but at some point.

THE COURT:  I think that's something that can be resolved sooner than later.  We are on the record, and I will tell you I recall that Mr. Shaw came to the hearings almost always before anyone.  He was frequently there before I arrived, and we passed the time of day, but nothing certainly

about the case, and I have, because the issue arose, I have searched my memory and have no recollection whatsoever of ever seeing Mr. Shaw sleeping, or was there ever any, that I can recall, ever any time when I had formed an impression that he was being less than attentive to the case, so that's my recollection about the case.

There were times when Ms. Brewer was actively pursuing the questioning and so forth, and during those times, I had my attention focused upon her, but I have searched my memory, and that's my best recollection, as I recall.

MR. HOLTSHOUSER:  I don't have anything to ask about it.

MR. GORLA:  No, I don't either.

MR. HOLTSHOUSER:  Since we're on the record, we ask that this be made part of the record for the hearing, and for any subsequent review of the hearing.

THE COURT:  Sure, absolutely.

MR. HOLTSHOUSER:  Thank you, Judge.  We hope to be in a position by May the 10th to tell you that we're ready to proceed with the hearing.

THE COURT:  Okay.

MR. HOLTSHOUSER:  We're endeavoring to do that.

THE COURT:  In the meantime, if anything else arises, if you need to put anything on the record any sooner, let me know.

MR. HOLTSHOUSER:  Thank you, Judge.

THE COURT:  Thanks a lot.

(A recess was taken.)

REPORTER'S CERTIFICATE

I, TERI HANOLD HOPWOOD, RMR, Official Court Reporter for the United States District Court for the Eastern District of Missouri do hereby certify that the foregoing is a true and correct transcript of the proceedings had in this cause as same appears from my stenotype notes made personally during the progress of said proceedings.

/S/ Teri Hanold Hopwood, RMR

TERI HANOLD HOPWOOD, RMR

Official Court Reporter