UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,                        )
                                      )
        Petitioner,                   )
                                      )
    vs.                               )        Case No. 4:03CV00923ERW
                                      )
UNITED STATES OF AMERICA,             )
                                      )
        Respondent.                   )

## Order

Defendant Holder is currently being held in the United States Penitentiary in Terre Haute,

Indiana. The presence of Defendant Holder is required for the evidentiary hearing which will be

held before this Court on **July 18, 2005** at **1:00 p.m.** in Courtroom 12 South of the U.S. District

Court in **St. Louis, Missouri**.  This hearing may continue for up to three (3) days.

The evidentiary hearing will be limited in scope to the factual circumstances surrounding

the following potential grounds for relief raised in Petitioner's § 2255 Motion:

• 12A. Violation of the Fifth Amendment Indictment Clause;

• 12B. Jury's Improper Consideration of the Pecuniary Gain Statutory Aggravator;

• 12C(a). Counsel's Unreasonable and Prejudicial Failure to Challenge the Indictment;

• 12C(b). Trial Counsel's Unreasonable and Prejudicial Advice to Testify;

• 12C(c). Trial Counsel's Unreasonable and Prejudicial Concession of Guilt During Opening
  Statement and Closing Argument; and

• 12C(h). Trial Counsel's Prejudicial Sleeping During Critical Stages of the Proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the United States Marshal Service shall transport Defendant Norris Holder, Inmate 26902-044, from the U.S. Penitentiary in Terre Haute, Indiana **on or before June 27, 2005** in order to attend this hearing in the U.S. District Court in St. Louis, Missouri.

**IT IS FURTHER ORDERED** that all parties shall appear before this Court on **July 18, 2005,** at **1:00 p.m.** for an evidentiary hearing on Petitioner's § 2255 Motion to Vacate his Sentence. The scope of the hearing will be limited to the factual circumstances surrounding Sections 12A, 12B, 12C(a), 12C(b), 12C(c), and 12C(h) of Petitioner's Motion.

Dated this 10th day of May, 2005.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE