## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI

#### COURTROOM MINUTE SHEET
#### CIVIL PROCEEDINGS

Date 5/10/05 Judge WEBBER                 Case No. 4:03 CV 923 ERW

_____ HOLDER _____ vs. _____ USA _____

Court Reporter GAIL BEILSMITH _____ Deputy Clerk BETH KIRKLAND

Attorney(s) for Plaintiff(s) CHRISTOPHER McGEAUGH, MICHAEL GORLA

Attorney(s) for Defendant(s) STEVE HOLTSHOUSER, JOSEPH LANDOLT

Parties present for STATUS CONFERENCE/PETITIONER TO BE TRANSPORTED TO ST. LOUIS 2 WEEKS BEFORE NEXT HEARING/HEARING SCHEDULED FOR 7/18/05 @ NOON/GOVERNMENT TO FILE BRIEF BY END OF WEEK, RESPONSE DUE BY 5/24/05

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

_____

_____

_____

_____

Pltf. Witness_____ Deft. Witness_____
Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____
Pltf. Exhibits:_____
Pltf. Exhibits:_____
Deft. Exhibits: _____
Deft. Exhibits: _____
☐ Exhibits returned to and retained by counsel
Proceedings commenced  2:07  a.m./p.m. Concluded  2:14  a.m./p.m.