# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date 5/31/05 Judge *E. R. Webber* _____ Case No. *4:03CV923ERW*

_*Norris Holder*_ vs. _*USA*_

Court Reporter *G. Beilsmith* _____ Deputy Clerk *J. M. Webb*

Attorney(s) for Plaintiff(s) *Michael Gorla and Christopher McGraugh*

Attorney(s) for Defendant(s) *Steven Holthouser and Joseph Landolt*

Parties present for *Motion Hearing re: Doc. #41. Hearing Conducted. Issues from Counsel. Order to follow.*

_____

_____

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that *Doc. #41 is denied.* _____

_____

_____

_____

_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced *10:37* (a.m.)/p.m. Concluded *10:51* (a.m.)/p.m.