UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS G. HOLDER,                    )
                                     )
        Petitioner,                  )
                                     )
    vs.                              )          Case No.   4:03CV00923 ERW
                                     )
UNITED STATES OF AMERICA,            )
                                     )
        Respondent.                  )

## <u>ORDER</u>

On December 2, 2004, this Court granted, in part, Petitioner's Motion for an Evidentiary Hearing.  The Court held that the hearing will be limited in scope to the factual circumstances surrounding Petitioner's claims of:

- 12A. Violation of the Fifth Amendment Indictment Clause;

- 12B. Jury's Improper Consideration of the Pecuniary Gain Statutory Aggravator;

- 12C(a). Counsel's Unreasonable and Prejudicial Failure to Challenge the Indictment;

- 12C(b). Trial Counsel's Unreasonable and Prejudicial Advice to Testify;

- 12C(c). Trial Counsel's Unreasonable and Prejudicial Concession of Guilt During Opening Statement and Closing Argument; and

- 12C(h). Trial Counsel's Prejudicial Sleeping During Critical Stages of the Proceedings.

The Government has filed the instant motion requesting that the Court further narrow the scope of the evidentiary hearing based on the Eighth Circuit's *en banc* decision relating to Petitioner Holder's Co-defendant Billie Allen.  This Court finds that *United States v. Billie Jerome Allen*, 2005 WL 1005101 (8th Cir. May 2, 2005) (en banc) is not a final decision unless the Supreme Court denies certiorari.  For this reason, this Court, in an abundance of caution, believes the testimony relating to Claims 12A and 12C(a) is still necessary.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent's Motion to Further Narrow the Issues Subject to a Hearing [doc. # 41] is **DENIED**.

Dated this <u>1st</u> day of June, 2005.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE