# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date **7/18/05** Judge **WEBBER**                Case No. **4:03 cv 923 ERW**

**NORRIS HOLDER**          vs. **USA**

Court Reporter **GAIL BEILSMITH**          Deputy Clerk **BETH KIRKLAND**

Attorney(s) for Plaintiff(s) **MICHAEL GORLA, CHRISTOPHER McGROUGH**

Attorney(s) for Defendant(s) **STEVEN HOLTSHOUSER, JOSEPH LANDOLT**

Parties present for **EVIDENTIARY HEARING ON PETITIONER'S MOTION TO VACATE SENTENCE [2] / TESTIMONY OF WITNESSES HEARD / MATTER TO CONTINUE TOMORROW 7/19/05 @ 8:30**

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

_____

_____

_____

_____

Pltf. Witness **CAREN PLATT-TUTILLI** Deft. Witness_____

Pltf. Witness **JENNIFER HERNDON** Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced **1:03** a.m./**p.m.** Concluded **5:09** a.m./**p.m.**