# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# MINUTES OF CIVIL EVIDENTIARY HEARING

## Presiding Judicial Official:  E. RICHARD WEBBER
## Date:  07/19/2005.
## Case No.  4:03CV923ERW.

## NORRIS G. HOLDER v. UNITED STATES OF AMERICA.

**Court Reporter: Gayle Beilsmith.     Deputy Clerk:  Brian D. Crow**
**Attorneys for Plaintiff:  Michael Gorla and Christopher McGraugh.**
**Attorneys for Defendant:  Steven Holtshouser and Joseph Landolt**

**Parties present for DAY TWO of the EVIDENTIARY HEARING regarding Petitioner's Motion To Vacate Illegal Sentence  (doc.#2). PETITIONER's evidence resumed but was not concluded.**

**Exhibit List is maintained by the Court.**

**Witnesses of this date:  Jennifer Herndon and Richard Burr.**

**Proceedings are to continue Wednesday July 20, 2005 at 9:45 a.m.**

**PROCEEDINGS:  Began at  08:40 a.m.; Concluded at 4:30 p.m.**