# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# MINUTES OF CIVIL EVIDENTIARY HEARING

**Presiding Judicial Official:  E. RICHARD WEBBER**
**Date:  07/20/2005.**
**Case No.  4:03CV923ERW.**

**NORRIS G. HOLDER v. UNITED STATES OF AMERICA.**

**Court Reporter: Shannon White.        Deputy Clerk:  Brian D. Crow**
**Attorneys for Plaintiff:  Michael Gorla and Christopher McGraugh.**
**Attorneys for Defendant:  Steven Holtshouser and Joseph Landolt**

**Parties present for DAY THREE of the EVIDENTIARY HEARING regarding Petitioner's Motion To Vacate Illegal Sentence  (doc.#2).**
**PETITIONER's evidence resumed and concluded.**
**The UNITED STATES presented no evidence.**

**The Court set the following briefing schedule at the recommendation of counsel:  Petitioner's post hearing brief will be due 60 days after receipt of the transcript.  The U.S.A.'s response shall be due 60 days from that date and the Petitioner's reply brief shall be due within 20 days of receipt of the U.S.A.'s response.**

**Exhibit List is maintained by the Court.**
**Witnesses List for this three day evidentiary hearing:**
**Petitioner's:      1)  Caryn Tatelli**
**                            2) Jennifer Herndon**
**                            3)  Richard Burr**
**United States':  None.**

**PROCEEDINGS:  Began at 9:45 a.m.; Concluded at 10:15 a.m.**