UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | No. 4:03CV0923 ERW |
| vs. | ) | |
| | ) | ***This is a Capital Case*** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE POST-HEARING BRIEF**

COMES NOW movant, Norris Holder, by and through counsel, Michael J. Gorla and

Christopher E. McGraugh, and moves this Court for an extension of twenty-one (21) days, up to and

including December 9, 2005, in which to file his post-hearing brief in this case.  In support of this

motion, movant states as follows:

1.      Movant's post-hearing brief is presently due to be filed on November 18, 2005.  No

previous extensions have been requested.

2.      Counsel have been diligently working on this case, but due to their other obligations,

are unable to complete the post-hearing brief by the present deadline.

3.      Counsel Michael J. Gorla, a sole practitioner, has a federal, state and municipal

criminal practice which includes trial, appellate and post-conviction work.  During the time from

his receipt of the post-hearing transcript until the present date, counsel has, among other things,

performed the following work:

(a)      Prepared and filed a petition for writ of certiorari on behalf of Jeffrey R. Ferguson,

a death sentenced prisoner;

(b)    Reviewed approximately 2,500 pages of discovery in *United States of America v. Charles Jones, et al.*, a white-collar mail fraud case involving alleged schemes to defraud the State of Missouri out of specialized equipment tax credits.

4.    During the same period, counsel Christopher E. McGraugh has been actively engaged in the following:

(a)    Tried the matter of *Evans v. Sterling Lacquer*, in the 22nd Judicial Circuit Court for the State of Missouri;

(b)    Prepared a traverse in the matter of *Anthony v. McAdory*, a § 2254 habeas corpus petition pending in the Southern District of Illinois;

(c)    Prepared a reply brief in the matter of *State of Missouri v. Martin Link*, an appeal from a State of Missouri death sentence.

5.    Further, counsel Gorla and McGraugh were appointed counsel for Timothy Johnston, a death sentenced prisoner who was executed on August 31, 2005.  Counsel spent the entire month of August working on Mr. Johnston's case, and as a result, have spent the last sixty (60) days catching up on matters which they continued from their August dockets.

6.    Counsel McGraugh has spoken with Assistant United States Attorney Steven Holtshouser about this requested extension, and Mr. Holtshouser has indicated that he has no objection to the Court granting movant's request for additional time to file his post-hearing brief.

7.    Counsel hereby request twenty-one (21) additional days, up to and including December 9, 2005, in which to file his post-hearing brief.

8.    This request is not intended to unduly delay the proceedings, but rather to insure the Mr. Holder receives the representation that he is entitled to in this capital case.

2

WHEREFORE, for each and all of the foregoing reasons, movant Norris G. Holder, requests that this Court enter it's order granting him an additional twenty-one (21) days, up to and including December 9, 2005, in which to file his post-hearing brief.

Respectfully submitted,

/s/ Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, Missouri 63101
(314) 231-9600
(314) 231-9480 - Facsimile
E-mail: cmcgraugh@leritzlaw.com

/s/ Michael J. Gorla
MICHAEL J. GORLA, #3251
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

*Counsel for Norris Holder*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:  Mr. Steven Holtshauser and Mr. Joseph M. Landolt, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

/s/ Michael J. Gorla
Michael J. Gorla, #3251
Attorney for Norris Holder
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com