UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:03CV923 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**RESPONDENT'S MOTION TO EXTENSION OF TIME
TO FILE RESPONSE TO MOVANT'S POST-HEARING BRIEF**

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, Steven E. Holtshouser and Joseph Landolt, Assistant United States Attorneys for said District and requests additional time to file respondent's brief in response to movant's post-hearing brief and in support thereof states as follows:

Pursuant to the schedule agreed upon by the parties at the conclusion of the hearing in this case, respondent's brief in response to movant's post-hearing brief in presently due on February 7, 2006. The undersigned requests an extension of time of approximately six weeks to respond to movant's post-hearing brief for a variety of reasons. First, one of the undersigned, Steve Holtshouser, during the months of December and January has been fully engaged in preparing two matters for trial. The first is United States v. Robert Bolden, Cause No. S1-4:02CR557 CEJ a capital case charging Mr. Bolden with murdering a bank guard in connection with an attempted bank robbery. The case is set for trial on April 24, 2006 in front of United States District Chief Judge

1

Carol Jackson.   One of movant's attorney's, Christopher McGraugh, is one of the attorneys

representing Mr. Bolden.  In addition, one of the undersigned, Steve Holtshouser, is representing

the Government in <u>United States v. Otis McAllister</u>, a three to four week bank robbery trial that is

scheduled to begin on January 30, 2006 in front of Judge Autrey.  This case involves a series of 18

bank robberies occurring over the course of the past 4 years and it involves numerous witnesses and

wiretap telephone interceptions.  In addition, one of the undersigned, Joseph Landolt is the appellate

coordinator for the United States Attorney's Office and has been fully engaged in representing the

United States in a variety of appellate matters and is also recently been required to serve on the

Appellate Chiefs' Working Group at the Department of Justice.   Because of these competing

demands, the undersigned has been unable to timely prepare a response to movant's post-hearing

brief.  The Government respectfully requests an extension of six weeks to respond movant's post-

hearing brief.  The undersigned has discussed this matter with counsel for movant and they do not

have an objection to this request.  In addition, Mr. McGraugh may request an extension of time to

reply to the Government's response at a date following the conclusion Robert Bolden trial.

Likewise, the Government would not oppose such a request.

> Respectfully submitted,
>
> CATHERINE L. HANAWAY
> United States Attorney
>
> <u>/s/ Steve Holtshouser</u>
>
> STEVEN E. HOLTSHOUSER, #24277
> JOSEPH M. LANDOLT, #6484
> Assistant United States Attorneys
> 111 South 10th Street, 20th Floor
> St. Louis, MO 63102

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

> Christopher E. McGraugh
> Attorney at Law
> 1 City Centre, Suite 2001
> St. Louis, MO 63102
>
> Michael J. Gorla
> Attorney at Law
> 720 Olive, Suite 1630
> St. Louis, MO 63101

/s/Steve E. Holtshouser
Assistant United States Attorney

3