UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet - Civil Case

Date 3/15/2006 Judge Webber          Case No. 4:03CV923 ERW

Norris Holder                          v. USA

Court Reporter Gayle Madden           Deputy Clerk Beth Kirkland

Attorney(s) for Plaintiff(s) Michael Gorla, Christopher McGraugh

Attorney(s) for Defendant(s) Steven Holtshouser, Joseph Landolt

☐ Court Appoints _____        ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference              ☐ Pretrial Conference

☐ Status Conference               ☐ In Chambers Conference

☑ Motion Hearing                  ☐ Informal Matter

☐ Oral Arguments                  ☐ Settlement Conference

Parties present for hearing on telephone hearing on Motion to Stay (Document #67). Motion is granted. Order to issue.

Next hearing date/ time _____  Type of hearing _____

Before _____

Proceeding commenced 10:00 a.m. _____  Proceeding concluded 10:15 a.m.

Continued to _____

☐ **TERMINATE CASE REFERRAL**          ☐ **COPY TO DISTRICT JUDGE**