UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:03CV00923 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

<u>ORDER</u>

This matter comes before the Court on Government's Motion to Stay [doc. #67].  Following a telephone conference on March 15, 2006, and for good cause shown, Government's motion is GRANTED.

**IT IS HEREBY ORDERED** that briefing on movant's Section 2255 motion is stayed pending a ruling by the United States Supreme Court in <u>Billie Jerome Allen v. United States of America</u>, No. 05-6764 on petitioner Allen's petition for a writ of certiorari.

**IT IS FURTHER ORDERED** that upon notice to the government of the Supreme Court's action in the <u>Allen</u> case, the government shall notify this Court of the action taken and submit a memorandum with suggestions for reestablishing the briefing schedule in this case.

**IT IS FURTHER ORDERED** that if at the time the Supreme Court rules on the petition for a writ of certiorari in Allen, the Supreme Court has not also ruled in Washington v. Recuenco, No. 05-83 (cert. granted 10-15-05) or United States v. Resendiz-Ponce, No. 05-998 (cert. petition filed 2-8-06), either party may present further requests concerning briefing in this case.

**IT IS FURTHER ORDERED** that a Telephone Status Conference will be held on **July 7, 2006,** at **8:30 a.m.**  The Court will initiate this Status Conference with counsel on the date and time stated above.

So Ordered this 4th Day of April, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE