

**U.S. Department of Justice**


received
04-20-06 BAK

United States Attorney
Eastern District of Missouri

---

*STEVEN E. HOLTSHOUSER*
*Assistant United States Attorney*

*Thomas F. Eagleton Courthouse*          *OFFICE    (314) 539-2200*
*111 South 10ʰ Street, 20ʰ Floor*       *PRIVATE LINE    (314) 539-6894*
*St. Louis, Missouri 63102*                  *FAX    (314) 539-2309*

April 18, 2006

The Honorable E. Richard Webber
U.S. District Court Judge
Thomas F. Eagleton Courthouse
111 S. Tenth Street
St. Louis, MO 63102

      RE:    Norris Holder v. United States
              Cause No. 4:03CV923 ERW

Dear Judge Webber:

This is to update you on the status on the petitions for certiorari pending in the Supreme Court which recently resulted in a stay in the above case. Today, the Supreme Court granted certiorari in United States v. Wan Resendiz-Ponce, No. 05-998 on the issue of whether the omission of an element of a criminal offense from a felony indictment can constitute harmless error. Based on information that we have received from the Department of Justice, the request to the Supreme Court to hold the petition for certiorari in the Allen case remains pending. However, the Department of Justice believes that Allen will be held for sometime. The schedule that the Department of Justice anticipates for the Resendiz-Ponce case is that it will be briefed over the summer of 2006 and likely argued in November or December 2006. If I receive any further updates, I will pass them on to the Court. I am available at your convenience if you have any questions.

              Sincerely yours,

              CATHERINE L. HANAWAY
              United States Attorney

              STEVEN E. HOLTSHOUSER
              Assistant United States Attorney

SEH/sd

cc:    Joe Landolt
        Chris McGraugh
        Mike Gorla