# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date 7/7/06 Judge WEBBER   Case No. 4:03CV923 ERW

NORRIS HOLDER   vs.   USA

Court Reporter G. MADDEN   Deputy Clerk B. KIRKLAND

Attorney(s) for Plaintiff(s) MICHAEL GORLA, CHRISTOPHER McGRAUGH (TELE)

Attorney(s) for Defendant(s) JOSEPH LANDOLT (TELE)

Parties present for STATUS CONFERENCE / ATTORNEYS ADVISE COURT ON STATUS OF CASE / NEW STATUS CONFERENCE SET FOR 1/3/07 @ 10:00

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

Pltf. Witness_____Deft. Witness_____

Pltf. Witness_____Deft. Witness_____

Pltf. Witness_____Deft. Witness_____

Pltf. Exhibit:_____Deft. Exhibit: _____

Pltf. Exhibit:_____Deft. Exhibit:_____

Pltf. Exhibit:_____Deft. Exhibit:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 8:25 (a.m.)/p.m.  Concluded 8:30 (a.m.)/p.m.