

**U.S. Department of Justice**


received
10-18-06

United States Attorney
Eastern District of Missouri

---

*STEVEN E. HOLTSHOUSER*
*Assistant United States Attorney*

*Thomas F. Eagleton Courthouse*
*111 South 10th Street, 20th Floor*
*St. Louis, Missouri 63102*

*OFFICE   (314) 539-2200*
*PRIVATE LINE   (314) 539-6894*
*FAX   (314) 539-2309*

October 18, 2006

The Honorable E. Richard Webber
U.S. District Court Judge
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 12.182
St. Louis, MO 63102

        Re:    Norris Holder v. United States
                No. 4:03CV0923 ERW

Dear Judge Webber:

      The purpose of this letter is to update you on the progress of United States v. Juan Resendiz-Ponce, No. 05-998 in United States Supreme Court. The case was argued in October 10, 2006. On October 13, 2006, the Court directed the parties to file supplemental briefs on the question of whether the omission from the indictment of an allegation concerning the attempted crime involved therein was error at all, be filed by November 3, 2006. Based on the argument, the Court seemed to indicate that it may resolve the case on the ground that the underlying indictment was in fact adequate, thereby avoiding the harmless error issue presented in United States v. Allen. If that occurs, the Court will likely then grant or deny the Petition for Certiorari in the Allen case. The Government will continue to provide this Court with updates as they become available.

                    Sincerely yours,

                    CATHERINE L. HANAWAY
                    United States Attorney

                    STEVEN E. HOLTSHOUSER
                    Assistant United States Attorney

SEH/sd

cc:    Christopher McGraugh
       Mike Gorla