**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

**COURTROOM MINUTE SHEET**
**CIVIL PROCEEDINGS**

Date _1-3-07_ Judge _E. Richard Webber_ Case No. _4:03CV923ERW_
_Norris G. Holder_ vs. _USA_
Court Reporter _G. Madden_ Deputy Clerk _J. M. Webb_
Attorney(s) for Plaintiff(s) _Christopher McGraugh + Michael Gorla_
Attorney(s) for Defendant(s) _Joseph Landolt + Steve Holthouser_

Parties present for _Status Conference. Issues heard. Parties asked that the case remains stayed. Judge Webber to issue an order to continue stay. Status conference set for March 15, 2007 @ 10:00 a.m._

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____
_____
_____
_____
_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____
Pltf. Exhibits:_____
Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced _10:11_ (a.m.)/p.m. Concluded _10:14_ (a.m.)/p.m.