UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,                    )
                                  )
            Movant,               )      No. 4:03CV0923 ERW
                                  )
    vs.                           )      *This is a Capital Case*
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE BRIEFING SCHEDULE**

COMES NOW the parties, by and through respective counsel, and jointly move this Court

for a thirty (30) day extension, up to and including March 7, 2007, in which to submit a proposed

briefing schedule.  In support of this motion, the parties state as follows:

1.      On April 5, 2006, this Court granted the government's motion to stay the briefing

schedule pending a ruling by the United States Supreme Court on the petition for certiorari filed in

*Billie J. Allen v. United States*, #05-6764.

2.      The United States Supreme Court denied certiorari in the *Allen* case on December 11,

2006.

3.      Thereafter, on January 3, 2007, the stay was continued pending the United States

Supreme Court's disposition of *United States v. Rescendiz-Ponce*, #05-998.

4.      On January 9, 2007, the Supreme Court issued an opinion in *Rescendiz-Ponce*,

reversing the Ninth Circuit's grant of habeas relief on procedural grounds, and declining to address

the issue of whether an indictment which lacks an essential element of an offense constitutes a

structural defect.

5.      Justice Scalia dissented in *Rescendiz-Ponce*, stating his opinion that the indictment at issue was defective, and that such a defect constitutes a structural error.

6.      On January 26, 2007, this Court issued an order lifting the stay and directing the parties to file a proposed scheduling order for the Court's consideration no later than February 5, 2007.

7.      Counsel recently learned that a petition for rehearing from the United States Supreme Court's denial of certiorari in *Allen v. United States* was timely filed and is pending before the Supreme Court.  Said petition is currently scheduled for conference on February 16, 2007.

8.      Given the fact that the stay in this case was originally issued to give the United States Supreme Court the opportunity to decide the petition for certiorari filed in *Allen v. United States*, the parties believe that the stay would be reimposed in the event that the Supreme Court were to grant rehearing in *Allen*.

9.      The parties seek an extension of thirty (30) days, up to and including March 7, 2007, in which to submit a proposed briefing schedule so as to give the Supreme Court an opportunity to consider and rule on Allen's petition for rehearing.

WHEREFORE, for each and all of the foregoing reasons, the parties request that this Court grant them an additional thirty (30) days, up to and including March 7, 2007, in which to submit a proposed briefing schedule to the Court.

Respectfully submitted,

/s/ Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, Missouri 63101
(314) 231-9600
(314) 231-9480 - Facsimile
E-mail: cmcgraugh@leritzlaw.com

/s/ Michael J. Gorla
MICHAEL J. GORLA, #3251
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

*Counsel for Norris Holder*

CATHERINE L. HANAWAY
UNITED STATES ATTORNEY


/s/ Steve Holtshouser
STEVEN E. HOLTSHOUSER
JOSEPH M. LANDOLT
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 - Facsimile


## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Steven E. Holtshouser and Mr. Joseph M. Landolt, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

/s/ Michael J. Gorla
Michael J. Gorla, #3251
Attorney for Norris Holder
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

3