UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,                          )
                                        )
            Petitioner,                 )
                                        )
v.                                      )        No. 4:03CV923 ERW
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Respondent.                 )

**SUBMISSION OF JOINT SCHEDULING ORDER**

Comes now the United States of America, by and through its attorneys, Catherine L.

Hanaway, United States Attorney for the Eastern District of Missouri, Steven E. Holtshouser and

Joseph M. Landolt, Assistant United States Attorneys for said District and petitioner Norris Holder,

by and through his counsel, Christopher McGraugh and Michael Gorla, and submit the attached joint

scheduling order.


_____          _____
CHRISTOPHER MCGRAUGH                     STEVEN E. HOLTSHOUSER


_____          _____
MICHAEL GORLA                           JOSEPH M. LANDOLT

1