UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:03CV923 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JOINT SCHEDULING ORDER**

Based on the submission of the parties,

IT IS HEREBY ORDERED that the Government's post-hearing brief in this matter shall be filed no later than May 7, 2007.

IT IS FURTHER ORDERED that the petitioner may file a reply brief no later than June 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007

1