**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NORRIS HOLDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:03CV0923 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Respondent.** | ) | |

### GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO SUBMIT GOVERNMENT'S POST-HEARING MEMORANDUM

**COMES NOW** the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, Joseph M. Landolt and Steven E. Holtshouser, Assistant United States Attorneys for said District, and requests that this Court grant an extension of time to file the Government's post-hearing memorandum and in support thereof states as follows:

A significant period of time has passed between the hearing in this case and the current deadline for submission of the Government's post-hearing memorandum, May 7, 2007. The hearing took place during the summer of 2005 and defendant's post-hearing memorandum was filed in December, 2005. It has been necessary for the undersigned to examine all of the materials and transcripts submitted in connection with petitioner's motion as well as the underlying trial and appellate processes. To complete this review and the post-hearing memorandum, the undersigned needs additional time. The undersigned requests an extension of

approximately two weeks to May 21, 2007 to submit the Government's post-hearing memorandum.

The undersigned has conferred with Michael Gorla, co-counsel for petitioner, and he has no objection to this request.  In addition, the Government does not oppose a similar extension to the period of time for petitioner to file a reply, if any, to June 21, 2007.

**WHEREFORE,** the Government respectfully requests an extension of time to May 21, 2007 to submit the Government's post-hearing brief.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

/s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277
JOSEPH M. LANDOLT, #6484
Assistant United States Attorneys
111 S. 10TH Street
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Christopher E. McGraugh
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, MO 63101

Mr. Michael J. Gorla
720 Olive Street, Suite 1630
St. Louis, MO 63101

/s/Steven E. Holtshouser
ASSISTANT UNITED STATES ATTORNEY

2