UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER, )
)
Movant, )
) No. 4:03CV0923 ERW
vs. )
) *This is a Capital Case*
UNITED STATES OF AMERICA, )
)
Respondent. )

## MOTION FOR EXTENSION OF TIME TO FILE POST-HEARING REPLY BRIEF

COMES NOW movant, Norris Holder, by and through counsel, Michael J. Gorla and Christopher E. McGraugh, and moves this Court for an extension of fifteen (15) days, up to and including July 6, 2007, in which to file his post-hearing brief in this case. In support of this motion, movant states as follows:

1.    Movant's post-hearing reply brief is presently due to be filed on June 21, 2007. No previous extensions have been requested.

2.    Counsel have been diligently working on this case, but due to their other obligations, are unable to complete the reply brief by the present deadline.

3.    Counsel Michael J. Gorla, a sole practitioner, has a federal, state and municipal criminal practice which includes trial, appellate and post-conviction work. During the time from his receipt of the government's response to movant's post-hearing brief until the present date, counsel has, among other things,  performed the following work:

(a)    Reviewed roughly 1,200 pages of discovery and prepared motions in *United States v. Dennis Dinwiddie, et al*., No. S1-1:06CR134 CDP (DDN), a federal capital

prosecution pending in the United States District Court for the Eastern District of Missouri, Southeastern Division;

(b)     Prepared a § 2254 petition for habeas corpus on behalf of Paul Goodwin, a Missouri state prisoner under sentence of death.

4.      During the same period, counsel Christopher E. McGraugh, also a self-practitioner, has, among other things, performed the following:

(a)     Prepared for an upcoming jury trial in *United States v. Michael Zagarri*, No. 22051-03620, a sexual assault prosecution pending in the Circuit Court of the City of St. Louis, State of Missouri;

(b)     Prepared a writ of certiorari on behalf of Amesheo Cannon, a federal prisoner convicted of conspiracy to commit murder for hire;

(c)     Reviewed roughly 1,200 pages of discovery and prepared motions in *United States v. Michael Meador*, No. S1-1:06CR134 CDP (DDN), a federal capital prosecution pending in the United States District Court for the Eastern District of Missouri, Southeastern Division.

5.      Counsel Gorla has spoken with Assistant United States Attorney Steven Holtshouser about this requested extension, and Mr. Holtshouser has indicated that he has no objection to the Court granting movant's request for additional time to file his post-hearing reply brief.

7.      Counsel hereby request fifteen (15) additional days, up to and including July 6, 2007, in which to file his post-hearing reply brief.

8.      This request is not intended to unduly delay the proceedings, but rather to insure the Mr. Holder receives the representation that he is entitled to in this capital case.

WHEREFORE, for each and all of the foregoing reasons, movant Norris G. Holder, requests

that this Court enter it's order granting him an additional fifteen (15) days, up to and including July

6, 2007, in which to file his post-hearing reply brief.


Respectfully submitted,



/s/ Christopher E. McGraugh                       /s/ Michael J. Gorla
CHRISTOPHER E. MCGRAUGH, #25278                   MICHAEL J. GORLA, #3251
Leritz, Plunkert & Bruning, P.C.                  720 Olive Street, Suite 1630
One City Center, Suite 2001                       St. Louis, Missouri 63101
St. Louis, Missouri 63101                         (314) 621-1617
(314) 231-9600                                    (314) 621-7448 - Facsimile
(314) 231-9480 - Facsimile                        E-mail: mjgorla@msn.com
E-mail: cmcgraugh@leritzlaw.com


*Counsel for Norris Holder*


**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2007, the foregoing was filed electronically with the Clerk
of the Court to be served by operation of the Court's electronic filing system upon the following:
Mr. Steven Holtshauser and Mr. Joseph M. Landolt, Assistant United States Attorneys, 111 South
10th Street, 20th Floor, St. Louis, Missouri 63102.


/s/ Michael J. Gorla
Michael J. Gorla, #3251
Attorney for Norris Holder
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com


3