MICHAEL J. GORLA
ATTORNEY AT LAW
LACLEDE GAS BUILDING
720 OLIVE STREET, SUITE 1630
ST. LOUIS, MISSOURI 63101

OFFICE: (314) 621-1617
FAX: (314) 621-7448
E-MAIL: mjgorla@msn.com

July 6, 2007

The Honorable E. Richard Webber
United States Disrict Court
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Missouri 63102

  Re: Norris Holder v. United States of America
    No. 4:03CV923 ERW

Dear Judge Webber:

  I would like to call your attention to the following incorrect footnote references contained in Movant's Post-Hearing Brief[1] previously filed with this Court:

- Footnote 31 on page 10 should read Hrg. Transcr. 140-41;

- Footnote 90 on page 25 should read *Id*. at 69;

- Footnote 91 on page 25 should read Tr. Transcr. Vol. VI, 69, 70, 81, 84-89, 104-06;

- Footnote 92 on page 26 should read Tr. Transcr. Vol. VII, 77; and

- Footnote 110 on page 29 should read *Id*.

I apologize for any inconvenience I may have caused the Court.

---

[1]Doc. 64.

The Honorable E. Richard Webber
July 6, 2007
Page Two


        Thank you for your courtesy and consideration.

                Sincerely yours,


                /s/ Michael J. Gorla
                Michael J. Gorla


MJG/ljp

cc:     Mr. Steven Holtshouser
        Mr. Joseph Landolt