UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,

    Plaintiff(s),

vs.                           Case No. 4:03CV00923 ERW

UNITED STATES OF AMERICA,

    Defendant(s).

## **CERTIFICATE OF APPEALABILITY**

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED** that a certificate of appealability is issued on the following claims:

- Violation of the Fifth Amendment indictment clause;
- Ineffective assistance of counsel:
  - counsel advised Petitioner to testify, making Petitioner eligible for the death penalty (12(C)(b)),
  - counsel conceded in opening statement and closing argument Petitioner's role in the underlying robbery, making him eligible for the death penalty (12(C)(c)),
  - counsel failed to retain a ballistic expert (12(C)(d)),
  - counsel failed to investigate Petitioner's mental condition (12(C)(f)),
  - counsel's failure to object to second statutory aggravator (12(C)(i)).

1

A certificate of appealability is not issued on any of Petitioner's remaining claims.

So Ordered this 22nd Day of July, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE