UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:03CV00923 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

## JUDGMENT

In accordance with the memorandum and order entered on July 22, 2008, and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant United States of America shall have judgment against Plaintiff Norris G. Holder on his Motion to Vacate, Set Aside, or Amend Judgment.  Plaintiff's claims are **DISMISSED with prejudice**.

Dated this 30th Day of July, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1