UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:03CV0923 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | ***THIS IS A CAPITAL CASE*** |
| Respondent. | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOVANT'S MOTION TO ALTER OR AMEND
JUDGMENT PURSUANT TO RULE 59(e)**

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, Steven E. Holtshouser and Joseph Landholt, Assistant United States Attorneys for said District and requests an extension to October, 2008, to respond to movant's motion to alter or amend judgment pursuant to Rule 59(e) and in support thereof states, as follows:

This Court issued its judgment on July 30, 2008 denying movant's motion for post-conviction relief in the above case. On August 13, 2008, movant filed a motion to amend or alter judgment pursuant to Rule 59(e). The motion is 46 pages long and it is supported by numerous lengthy attachments. Considering the length and complexity of the attachments to movant's Rule 59(e) motion, it is likely that movant did not obtain these additional expert opinions between July 30, 2008 and August 13, 2008. Accordingly, it appears that Movant has possessed these opinions for some time and rather than request a reopening of the hearing during the previous consideration

1

period or otherwise providing known to the Government and the Court, movant held these opinions to be used to support this particular motion. Requiring the Government to respond to the motion in a hasty fashion would be unfair. The Government's counsel have spoken with movant's counsel and they don't object to this request.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

/s/ Steve Holtshouser

STEVEN E. HOLTSHOUSER, #24277
JOSEPH M. LANDOLT, #6484
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200 (phone) (314) 539-2309 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Christopher E. McGraugh
Attorney at Law
1 City Centre, Suite 2001
St. Louis, MO 63102

Micahel J. Gorla
Attorney at Law
720 Olive, Suite 1630
St. Louis, MO 63101

/s/Steve E. Holtshouser
Assistant United States Attorney