UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | No. 4:03CV0923 ERW |
| vs. | ) | |
| | ) | *This is a Capital Case.* |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Come Now Leritz, Plunkert & Bruning, P.C. and hereby notifies the Court of a

change of address, effective **November 7, 2008**, to-wit:

**Leritz, Plunkert & Bruning, P.C.**

**555 Washington Avenue, Suite 600**

**St. Louis, MO  63101**

**(314) 231-9600**

**(314) 231-9480 – Facsimile**


Respectfully Submitted,


LERITZ, PLUNKERT & BRUNING, P.C.


By:     /s/ Christopher E. McGraugh
        CHRISTOPHER E. McGRAUGH, #25278
        555 Washington Avenue, Suite 600
        St. Louis, MO  63101
        (314) 231-9600
        (314) 231-9480 - Facsimile

        COUNSEL FOR NORRIS HOLDER

Dated the 15th day of October, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Steven Holtshouser, Esq.
Mr. Joseph Landolt
Assistant United States Attorney
111 South 10th Street
20th Floor
St. Louis, Missouri 63102

/s/Christopher E. McGraugh

2