UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS HOLDER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | No. 4:03CV0923 ERW |
| vs. | ) | |
| | ) | ***This is a Capital Case*** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE MOVANT'S REPLY
TO GOVERNMENT'S RESPONSE TO MOVANT'S RULE 59(e) MOTION**

COMES NOW movant, Norris Holder, by and through counsel, Michael J. Gorla and Christopher E. McGraugh, and moves this Court for an extension of twenty-one (21) days, up to and including November 21, 2008, in which to file his reply to the government's response to movant's Rule 59(e) motion. In support of this motion, movant states as follows:

1.     Movant filed his motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) on August 13, 2008.

2.     The government filed its response to said motion on October 24, 2008.

3.     Movant's reply to the government's response is due to be filed on October 31, 2008.

4.     Counsel Gorla and McGraugh are both sole practitioners and, due to their other obligations, will be unable to prepare movant's reply by the current deadline.

5.     Counsel hereby request twenty-one (21) additional days, up to and including November 21, 2008, in which to prepare and file movant's reply to the government's response to movant's Rule 59(e) motion.

6.        Mr. Joseph M. Landolt, co-counsel for the government, has indicated to counsel Gorla that he has no objection to the Court granting movant's request for additional time.

7.        This request is not intended to unduly delay the proceedings, but rather to insure that movant receives the representation that he is entitled to in this capital case.

WHEREFORE, for each and all of the foregoing reasons, movant requests that this Court enter it's order granting him an additional twenty-one (21) days, up to and including November 21, 2008, in which to file his reply to the government's response to his Rule 59(e) motion.

Respectfully submitted,


/s/ Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Leritz, Plunkert & Bruning, P.C.
One City Center, Suite 2001
St. Louis, Missouri 63101
(314) 231-9600
(314) 231-9480 - Facsimile
E-mail: cmcgraugh@leritzlaw.com

/s/ Michael J. Gorla
MICHAEL J. GORLA, #3251
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

*Counsel for Norris Holder*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:  Mr. Steven Holtshauser and Mr. Joseph M. Landolt, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

/s/ Michael J. Gorla

Michael J. Gorla, #3251
Attorney for Norris Holder
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com