**Declaration of Terry Jett**

I have known Norris Holder, Jr. since we were about 10 or 11 years old. I lived near Norris in the Blumeyer housing projects when we were kids, from about 1987 until Norris's family moved out. I lived in a low-rise apartment and Norris and his family lived in the high-rise apartments initially and then moved into a low-rise.

Norris and I went to elementary school and high school together and were in a lot of the same classes. We played a lot of sports together—baseball, basketball, football, and softball. We played football and softball for the neighborhood teams. We had a very tight group of friends back then. It was me, Norris, Anthony Bryant, Anthony Winn, and Frank Wright. Anthony Winn passed away. I went to the funeral and the wake with Norris and Norris's family.

We spent a lot of time hanging out at one another's houses. I remember that Norris Sr. was gone, had moved out of the house, and Norris's mother Kim was gone a lot during the day. It was really hard on Norris when his father left, and afterwards, Norris took care of his little brother and sister, Norell and Normika. Norris was the foundation of the family. He was always watching the kids. He would prepare food and do things with them until his mom came home. Norris's mom would always say that Norris was getting the bad end of the stick. I don't know how Norris was so strong but I think that it was because he had to be caring for others in his family. His mom gave responsibilities to him at a very young age which meant that he had to mature really quickly.

I was with Norris when he lost his leg under the train. A group of about 10 guys were going to see a movie and had missed the bus. So we all decided to ride the train because we didn't have to pay for it and it took us right to the theaters at Union Station. I told the group to split up into smaller groups and get out on separate trains because there were too many of us to get onto one train. I remember that Norris jumped up and tried to get on the same ladder as Anthony Winn. One of Norris's hands went under the ladder and clasped on but the other hand didn't get the ladder, it got Anthony's shirt. I was standing on the train behind Norris and saw the whole thing. It looked like Norris couldn't catch his footing on the train and he fell backwards. Norris didn't fall far enough from the train though so he got trapped underneath it. The train dragged Norris for about 100 yards, about the length of a football field. I watched Norris's body tumble and roll over the ground; he was trying to grab onto anything he could but the only thing around was gravel so he couldn't get a grip on anything. When the train finally let go of Norris I could actually see white bone of his leg and the calf muscle. I could see ligaments and tendons all separated. I saw that Norris's leg actually disconnected.

The train amputated Norris's leg and Norris was let free from the train. Norris didn't even realize what had happened. He kept trying to get up off the ground but couldn't stand up. The other guys jumped off the train far enough away from the tracks that they did not get hit by the train. Some of the boys ran off. Five of us stayed—me, Anthony Bryant, Anthony Winn, Frank Wright, and Damon Johnson. All the meat had come off from Norris' calf. When we picked him up, his heel had been cut completely off and only the front part of his foot was still hanging on. We carried Norris up to the road but it was quite a ways so two from the group went off ahead to flag down a car and get some help. We carried Norris up and we propped him underneath the bridge that was there. We were all really drained; it was like we had no strength at all. It took us at least five minutes just to pick Norris up off the ground. It took us another twenty minutes to carry him up the hill. None of us was physically strong enough to be holding Norris. While we were carrying him, he was giving us advice, telling us to keep calm. As we

1                    **EXHIBIT 2**

carried him up the hill, though, the top of his foot fell off. Frank or Anthony Winn took his shirt off and we all wrapped it around Norris's leg to stop the bleeding. Frank picked up the foot. It was just his foot. It had no heel and no ankle. Norris's ankle had already been cut off by the train. We carried Norris, and Frank carried the foot which was really just a few toes and the very front of the foot. We flagged down someone on the highway, an older man who came down with a cell phone and called for an ambulance. In total I think we waited for 30 or 45 minutes for the ambulance to get there.

We started riding the trains in 1991. I blame myself for even thinking that we should even go down there to ride the trains. Kids in the neighborhood did it a lot. It was the thing to do. We'd all go down there to the tracks at least twice a week for a couple of years. There was a fence at the railroad station that was open and you could walk straight through it. You never had to jump the fence and no one was ever there telling you not to. There were guards at Union Station who were close enough to the train to see what we were doing, but the guards never said anything. So we just largely went unnoticed riding the trains. We would go downtown to the movies or to see the Arch. It was cheaper than taking the bus and the trains went so slow we never thought there was any danger. On the night of Norris's accident the train was moving really fast.

Norris's accident was an awful thing to see. I have had a lot of nightmares about it throughout the years. Time passing has helped but it was real bad for the first five years, I was very badly affected. We had never thought of danger before that, and after it happened we all blamed ourselves. Norris blamed himself. We all wish that we had never ridden the trains. Before the accident Norris and I did everything together, played a lot of sports, danced. The t-shirt that we wrapped Norris's leg in was one of the t-shirts that our dance group used. Anthony Winn sang and danced, Frank was the rapper, Norris was a dancer and I did light vocals. We started the group when we were about 13 years old, singing and dancing around the neighborhood. We weren't into trouble back then, we were just kids and we loved to sing and dance and play sports.

The accident changed things and it hurt our families, especially Norris's mother. She was down a lot for years to come. All of us boys would go over there and give her flowers, go see her a lot and try to console her. Before the accident she was upbeat, she always had food made for us. After the accident, it wasn't like that anymore. Norris was a superstar and the accident ended that for Norris's mom. The sport side of Norris had always kept her upbeat. She looked up to him, but now he could only do so much. He was the backbone of the family, and now he couldn't take care of them. I remember his mom would always say, "Why did that have to happen to my son of all people?" It devastated her. She grieved a lot; she cried, and she spoke about what had happened to him. In her mind, he was going to be a major league baseball player before the accident. It hurt her a lot. It hurt me to see a mother crying; it was hard on me to see that.

After the accident, for a long time, Norris did not have a prosthesis. It took him about a year to get his prosthesis. We still hung out with him before he got the prosthesis, but he couldn't really do anything; he would just lie around. It was a little better when he got the prosthesis because he could at least walk. Right after the accident he would want to go out of his house and sit on the porch or go down to the store but he couldn't. Norris was strong but it would get him down. He couldn't get certain types of jobs; he couldn't get girls. It just wasn't the same. The main thing for Norris was not being able to play baseball. Norris would say "I wish I had both of my legs." I would tell him, "at least you are living." I would say that to his mom as well. But she would say, "He can't do normal things now, he can't do things like the normal kids."

2

At the time of the amputation, Norris was at Rockwood South Junior High. He missed a lot of school because of the physical therapy and the hospitalization. When it first happened, a lot of people showed up at the hospital, Norris's family, Norris's friends, my family, Norris's girlfriend, all kinds of people from school. Everyone was hugging each other and crying. After Norris came home, most of the people didn't come by and Norris spent most of his time in his bedroom. I went over to see Norris every day and would sit with him. Norris wanted to get out and would use his crutches to try to walk to the store but he couldn't make it very far. Norris tried to be himself when I was around but I could see that he was hurting because me and the other kids could do things that Norris couldn't.

Because of the accident Norris had to repeat the 9th grade. I don't think Norris liked being in class behind all of his friends and behind everyone he knew. Norris often seemed down and upset. I think other students may have looked down on him. He did not have as many friends after the train accident. Norris seemed to lack confidence afterwards, and ended up dropping out of school in 1992. I dropped out of school in 1992.

I was also present when Norris was hit in the head with a brick. Norris was riding in the passenger seat of Andrew Bell's car. I was following behind them in another car. As we were driving along, some guys started throwing rocks and then one of them threw a brick. It was about 1/2 or 3/4 of a brick. The brick hit Norris in the head; the window was down and so the brick hit him in the temple directly. When the brick hit Norris there was just a little bit of blood, and he was upset and angry like, "who would throw a brick at my head?" but then he kept getting more and more dizzy. I remember Norris saying that his head just didn't feel right. Norris was very nauseous and he couldn't actually walk himself inside when we got him home. At home that day Norris was in and out of consciousness lying on the couch. Norris's mom took it really bad. She was frantic and was really mad. I remember her saying, "Why does this keep happening to my son?" She was having a meltdown and Norris was just sitting on the couch drifting in and out. Norris's dad took him to the hospital. I didn't think it was that bad at first because there was no blood, but I learned after Norris went to the hospital, the doctors had to cut his head open. After the brick incident, Norris got really bad migraines. Norris used to talk about them and how he would have to sit back and relax. He got migraines every other day or every two to three days. I also noticed a change in Norris afterwards. Norris was even more down and more quiet.

No one from Norris's legal team ever talked to me. This is the first time that anyone who is working on Norris's legal case has ever contacted me to find out what happened with the accidents or to learn what I know about Norris.

Signed this 10 day of Nov, 2008.

Terry Jett

3