**Declaration of Andrew Bell**

I have known Norris Holder since 1987. We went to grade school together out in the county and, we rode the buses there together. We had a really close group of friends, most of Norris's friends lived in the Blumeyers. I didn't live in the Blumeyers but we would hang out there regularly. We didn't think about it back then, but the neighborhood was extremely dangerous. Even though I wasn't from there, I hung out there so often that I felt safe enough because everyone there recognized me. Kids from the Blumeyers were really poor. I got school clothes and supplies from my parents, but Norris and Terry and other kids in the Blumeyers did not. A lot of the parents in the Blumeyers smoked crack, and as the kids in the Blumeyers got older it was pretty much the norm for them sell drugs. Drugs were everywhere in those projects. I remember when Norris started selling drugs, people would rent us their cars for the day just to get a fix. Suddenly, these boys who had nothing before had money, cars, and things.

When you were from the Blumeyers, you were automatically enemies with people from other neighborhoods. Back then there was a lot of neighborhood alignment—turf wars—going on. I remember guys from the JVL's, which was a project across the street from the Blumeyers, would come down and start shooting into the Blumeyers. Gangs started infiltrating the neighborhoods and gave younger men someone to follow. This gang subculture provided drugs, guns, and violence to our lives. Violence became the only way to communicate with people.

Our group of friends gradually grew apart in the mid-1990s. After Anthony died, when Norris was 16 or 17, Terry Jett went to prison. That was in 1996. I served 120 days in 1992, then after being out for a year, went to prison in 1994, and got out in March 2008. When I got out of prison I was scared that it was going to be like that again. And I'm just too tired to have that kind of violence and drama in my life again. Norris and I have lost many friends to shootings. Anthony Winn, a good friend of Norris's, who we called "Me-Man," was shot in the back on Garfield Street when he was leaving a party in August 1992. He was 17 years old. I wasn't there when it happened, but I remember when Norris called me the next day to tell me that Anthony was dead. Another friend of ours, Tony Wallers, was shot by a machine gun while he was sitting on his porch. My uncle was also killed in South St. Louis when I was young. Another friend Terry Jett and I were both shot when we were young. There was just a lot of violence around us as young kids.

When Norris lost his leg it was like this gray cloud hanging over him and our friends. The Blumeyers kids were always into playing on the trains, and Norris fell. Our friends who were there when the accident occurred were really messed up by it for a long time. They told me there was blood everywhere and that pieces of Norris's leg were still hanging off of him when they tried to carry him up a hill. Norris got pulled underneath the train and almost died. All of our friends were in shock. I was not present the night of the train accident, but I visited Norris in the hospital the next day. I remember he was completely out of it, heavily medicated, and his head was wrapped up.

1                    **EXHIBIT 3**

After the train accident, Norris was really depressed. He didn't really talk with any of us about it. I remember he came over to my house a couple of times and talked with my father about it. My dad had lost almost the identical part of his leg as Norris when he got in a motorcycle accident. After the accident my dad lost everything. He had started a business, which was doing well, but he lost the business. He was an alcoholic and drug addict, had all sorts of health problems, and lost everything after his accident. They spoke only a couple of times about their amputations. I remember him telling Norris about things like "phantom pain." There was stuff that Norris didn't know about, that none of us could tell him about. I remember that the nub on his leg would swell up huge. He was missing toes on his other foot. He couldn't get around well at all. I didn't realize this when we were children, but Norris's accident really affected him.

Although when we were kids we didn't often ask about each other's feelings, Norris was noticeably much quieter after that accident. I remember one time after the amputation seeing him try to dance, which was something he used to love to do, but he couldn't anymore.

I was present when Norris was hit in the head with a brick. We were on the North Side of St. Louis, driving to a basketball game. Terry Jett was driving one car. I was driving another with Norris riding in the passenger seat of my car. While we were driving, someone threw a brick at Terry's car. The guy ducked into a gangway and then threw another brick out from the gangway. There was a huge smash that was so loud that I thought my window had shattered. But my windows were already down, and the brick hit Norris directly on the side of his head by his temple. I looked at Norris's head, and there was only a trickle of blood so I didn't think it was that serious. I drove Norris back to his home at the Blumeyers, and carried him inside. It was the first time I met his mother.

The police showed up and arrested me, Terry, and Frank. I don't know if they arrested Norris too. They and locked us up for about 10 hours, all in separate cells.

This is the first time that anyone who is working on Norris's legal case has contacted me. I would have talked to his trial lawyers and told them everything I have said here, had they asked me.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this __10__ of __22__ , 2008.

_Andrew Bell_ (signature)
Andrew Bell

2