### Declaration of Keisha Brown

I met Norris Holder when my family moved to the Blumeyers, across the street from the townhouses where Norris and his family lived. Moving there was really hard for me, it was totally different from where we used to live. We were only planning to stay there for one year so my mother could save money and move us to another neighborhood. I remember when we moved in, a man told us "You're not leaving here in a year, you're going to be stuck here." He was right. I moved out of the Blumeyers when I was 18 years old, for Job Corps. My mother finally moved out of there in 1996 or 1997. Norris and I were still friends and would spend time together even after I moved out.

Growing up, I remember Norris had a group of friends that included Terry Jett, Andrew Bell, Frank Wright, and Anthony Winn. There was also another boy named Anthony, whose mother's last name was Talver. We all called him "Opie" because he reminded us of the character from "The Andy Griffith Show." People used to call Norris and his friends "Jodeci," after the R&B group, because they were always singing and dancing. They would sing wherever: in the parking lot, at the Saints skating rink. The boys would clown around and were busy chasing girls all the time. They always had a good time, joked around, and the girls loved them.

Norris and his friends were good to me. Whenever I was with Norris and his friends when we were kids, I felt safe because I knew they weren't going to be in drive-bys or gangbanging, they just made you laugh. I didn't have to worry about getting shot at or getting into trouble, which were very real concerns in the Blumeyers. He and his friends weren't out stealing or robbing like so many others who lived there.

At that time, in the early 1990s, the Blumeyers was a horrible place—fighting, shooting, drug dealing, and drug use were out of control. There were a lot of robberies and people getting killed. People were robbing their own mothers. People were scared to even go to the bus stop. I remember when my mom would get home from work my entire family would walk to the bus stop and meet her. Residents would throw rocks at cars and at outsiders, if they entered the Blumeyers. Sometimes kids would fill up water-guns with bleach and spray them at people who were driving through the neighborhood who weren't from there. When a car came into the Blumeyers that was from somewhere else, everyone standing around in the neighborhood would scatter because you didn't know what was going to happen.

Our friend Anthony Winn was shot and killed at a party in 1991 or 1992. We were all so young when it happened and it was really hard, because Norris and his friends were very close to him. Anthony was the first in Norris's close group of friends and first of my friends to be killed. I also remember a shooting spree that took place in the early 1990s and went on for an entire week in the Blumeyers. In the course of that spree, our friend Damon Johnson was shot but survived. Another man was killed. No one knows to this day who was doing the shooting. This is how it was in the Blumeyers. People were shooting on the streets even when little kids or the elderly were present. They would just

**EXHIBIT 4**

1

keep shooting. The shooters had no respect for anyone. They started shooting out the street lights so that it was dark, and then once it was dark, they shot at the security guards. There was this one man in the neighborhood everybody feared; he robbed everybody, he killed people. He would get shot but never seemed to die, he went to prison, but he got out. We were all scared of him.

If you called the police to the Blumeyers, they might come but there was no guarantee. The police who did show up were usually very corrupt. There were two cops that responded to calls in the Blumeyers and they would plant things on people. Everybody knew that those two cops were on the take. At the Blumeyers everyone, but especially the young men, got frisked all the time.

There was also a lot of gang violence in Blumeyers during that time. The public school in the area was Vashon, it was located in the Blumeyers, but kids from other neighborhoods went there too. So, the Blumeyers kids were there with kids from other projects, like the JVL's and Carr Square Village. There were turf wars going on all the time. The turf wars would carry over to the schools too. If you went into a different neighborhood and the kids knew you weren't from around there, they would get you. At the Blumeyers, when people came from other neighborhoods, it was the same, even school.

I never got the chance to get too close to Norris's mom, Kim--she was always going to work, or coming home from work. I do remember that Kim didn't sit outside all the time like other parents. Some of the parents from the Blumeyers would sit outside. Those women were into drugs. The men would be teaching kids how to hustle and rob. I cannot think of one single older male role model that was in Norris's life in that neighborhood. I never met Norris, Sr.

Drug dealing and drug use were new to me when I moved to the Blumeyers. People did not hide drug use in the Blumeyers. Addicts were out there doing drugs in the open, in front of children and the elderly alike. The dealers would sell the drugs right in front of everyone, and say to the addicts, "Have some respect, go in the alley, go in a stairwell." It didn't really make sense, since they didn't go inside to sell the drugs. Dealers approached children, mainly the boys, and gave them small jobs at first. Dealers paid children to bring drugs to them or take drugs to a buyer. These kids were called "soldiers" and "soldierettes." The kids started seeing the money and they got used to the money. I remember seeing kids as young as the age of 12 approached by dealers, girls as young as 15 sleeping with older men in their 20s and 30s for money. The men would seduce these children by getting them hooked on the drugs. Some of the girls by the age of 16 were strung out. There was a lot of prostitution among the dope addicts.

The Blumeyers was among the three most dangerous projects in St. Louis. Geography accounted for some this as the Blumeyers was very isolated. They were also very run down back then. There were brick walls everywhere, and no air conditioning. The elevators were always broken. You'd often have to walk up 12 or 13 flights of stairs to get to your apartment, and you would see everything along the way—sex, rape, drug

2

use. It smelled so bad in the high rises. Frequently, the elevators would jam while you were on them. I recall that a baby fell out of a second story window a couple of years ago because the window didn't have a screen. The toilets didn't work. The lights didn't work. Fences were ripped up. We'd call to have things repaired and it would take months and months for someone to show up for something as simple as putting a screen in a window.

There were very few outlets for young boys and girls in the Blumeyers. I think as children got older, they got bored and got tired of the struggle. My friends from the Blumeyers did not fare well, some overdosed, plenty were killed, and the majority of them are incarcerated. Most of the boys ended up getting into trouble as they grew older. This was true of Norris and his friends—after the group went their separate way, the individuals all started going downhill. Most of them are now in prison. "Opie" went to prison 9 or 10 years ago, after Norris did. This really surprised me because "Opie" had always been such a good guy. In 1996 Terry Jett got locked up.

I know living in Blumeyers changed me. I started getting into fights—I didn't like to fight but it was fight or get beat up. When I first moved to Blumeyers, I remember sitting next to Norris when a group of 15 or 20 girls came up to us. Norris told me to stand up, and I didn't know what he was talking about. He said, "Stand up. These girls are looking like they're going to fight you." Norris wouldn't let them fight me and eventually they backed off, but this was a pretty harsh introduction to the neighborhood.

The stress would get to me. I think the stress of living in Blumeyers would get to everyone, parents and children alike. Your only stress relief was your friends.

I wasn't there when Norris lost his leg in a train accident, but my now ex-husband John Brown was. John was really messed him up after seeing it. Even as he grew up and became an adult, John would have really bad nightmares about it. I recall that my close friend Tasha, who was Norris's girlfriend at the time, and I didn't want to go visit Norris at the hospital because we couldn't bear to see him like that. It was really traumatic for me as a child, even not being the one to go through it. It was really hard on Norris's friends. It messed up all of the guys, messed with their heads. I remember Tasha was really depressed after the accident. Norris coped with the accident afterwards by trying to uplift everyone around him, he would joke and laugh and clown around, but I think it really depressed everyone else. Norris never really seriously talked about it, except that he would make little jokes like, "I'll put my leg on you." Norris didn't talk to Tasha about it either. He'd always been the type who kept everything bottled up inside, but it was apparent to me that something was different about him.

When I heard about Norris being involved in a bank robbery, I wanted to ask him what was going on in his head, because he's just not that type of person. I just couldn't believe it. I thought to myself, did Norris snap? Did he get too down? The last time I saw Norris was a few weeks before the crime, I ran into him in the Blumeyers, while I was there visiting my mother. He was with Norrel, who was like his little son, he took him everywhere. Norris was pretty down, he seemed depressed. He just didn't seem like

3

himself.  I remember asking him how he was doing, and he responded that he was "just trying to make it."

Even though I was good friends with Norris, this is the first time that anyone who is working on Norris's legal case has ever contacted me.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this 22 of Oct., 2008.

Keisha Brown

4