*Nickia*

**Declaration of ~~Nykia~~ Harris**

I met Norris Holder in middle school. I went to school with Norris at Rockwood South from the seventh through the ninth grades. I was one year below Norris at that time. My twin sister, Tanitra, and Norris used to date. I first met Norris when he was in the eighth grade and I was in the seventh grade. I remember Norris as a jokester always looking to get a laugh, and before his leg amputation, being competitive at football and basketball. He was athletic and not academic. I can't recall a single incident where Norris ever behaved violently during those years.

After Norris's leg was amputated, Norris seemed down but still always had something funny to say. I remember walking into his birthday party after the accident, and seeing him just sitting on the couch. He wasn't the same person. All the things he used to do—play football, run track—he couldn't do anymore. He started missing a lot of school and he couldn't balance things in his life anymore. Once he got the prosthesis, Norris still had a difficult time. The prosthesis was too small for him and cut his upper leg, and he couldn't move around very well. He used to be very trim and cut, but gained weight from being immobile.

Norris missed a lot of school after the accident, and as a result he had to repeat the ninth grade. Before the accident, he was very popular, and everyone talked to him. I was in the grade below him and when he stayed back with us he had a difficult time. All of his friends had graduated from Rockwood South and gone on to high schools, which were located at least 10 exits down the down the highway.

Around this time I recall that Norris started getting into selling drugs. This was not out of the ordinary in Blumeyers. To do well and be from there you had to have an active parent in your life who wanted you to succeed. Dealers in the Blumeyers got boys to sell drugs as their "soldiers" and the "soldiers" made a little bit of money. The boys in Blumeyers were frequently the men of the house, for the most part there were not fathers or good male role models. The soldiers used their drug money to buy the groceries and pay the rent. They had no support. I noticed that around this time Norris started dressing a little nicer. Everyone in the school knew Norris had a single mom who was raising four kids, so everyone knew there was no way she could afford these clothes. I would not be surprised if Norris's mom knew he was dealing drugs, but didn't do anything to stop him because she was benefiting from it.

The ride to Rockwood South, which was in Fenton, Missouri, was 45 minutes each way for me. It would have been slightly longer for Norris because he lived further in the city. Before the train accident, Norris was involved in sports at school and so he stayed after school every day in activities. After the accident, Norris had nothing to do. There was a rule at the school that if you were not involved in after-school programs like sports you couldn't hang around the school. He couldn't play sports and so he would have to go home early while everyone he knew from school was still at school. He would go back to Blumeyers, while none of his friends were there and the only thing to do was to sell drugs. He started missing school all the time. If I missed school, I got in trouble

**EXHIBIT 5**      1

with my mother. The Rockwood school district called your parents when you were truant. Norris missed tons of school, and I wonder if his mom ever even knew. In 1993, Norris and I both started tenth grade at Eureka High School. He started the year but never finished. After he dropped out, I only saw him in passing.

I distinctly remember hearing about the bank robbery when it happened. It took place in Clayton, right across the street from the police station. I was working downtown at another bank at the time.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this _3_ of _November_ 2008.

Nykia Harris

2