**Declaration of Yolanda Curry**

I am Norris Holder, Jr.'s cousin. I've lived with his family off and on throughout my life, but lived with them for a while in the Blumeyer housing projects from when I was 11 years old to when I was about 17 years old.

I remember it being very hard on Norris when his father left the family. When he left, Aunt Kimberly's life was torn apart. After that, Norris was it for her; he was the glue. He was the oldest son and the second to oldest grandchild.

Norris was a really good cousin to me growing up. He used to come to my bus stop to meet me when I got home from school to make sure I was okay. "You okay, Yogi?" he would say. He tired to be a role model for me. Norris taught me sports, taught me to use my head and be strong. Norris was more into the welfare of others than into his own welfare.

I remember when Norris lost his leg in the train accident. I was at his house in the Blumeyer when it happened, with his brother Norrim. One of Norris's friends–Anthony Winn–showed up at our door with his t-shirt drenched in blood. Anthony was one of Norris' really good friends, and he was part of their singing, rapping, dancing group. He was shot to death a few years later at a party, maybe in the Blumeyer; I can't remember. When Anthony told us what happened, we ran from Blumeyer for about 1 mile to the train station but by the time we arrived the ambulance had taken Norris away already. I still vividly recall seeing Norris's shoe sitting on the train tracks, he wore Asics brand back then. It was ripped off his foot by the train.

After the train accident, things started falling apart for Norris. He went from being the head of the household to being able to do absolutely nothing. He couldn't keep up with us. If he was trying to tell us to go to bed or do our homework or straighten up, we'd just run from him because we knew that, physically, he couldn't catch us. We could see and hear in his tone that he knew that he couldn't keep up anymore. I remember Aunt Kimberly had a really hard time after the accident. She was very emotional.

I also remember when Norris was hit in the head with a brick. Things got even worse for Norris afterwards: I remember him staying home all the time after that. He used to always attend my basketball games, but stopped after being hit in the head with the brick. He didn't have friends over to the house anymore. He sort of withdrew. He spent a lot of time in his room by himself. I think he felt like his family, especially his mom, could no longer depend on him. Kimberly felt things very deeply. I think Norris thought that if Kimberly saw that he was hurting, she would hurt too, and maybe she'd cry more. He didn't want to see her sad, so he did what he could not to upset her. For Norris, I think that meant pretending that he wasn't hurting and that he didn't have these limitations, so that Kimberly would not hurt as bad too.

That is how our family is, we all keep up facades and try to stay strong for each other. The most important thing in our family is for other people to be able to rely on you, if you show weakness, they will think that they cannot rely on you. "I can't" is not even in our family's vocabulary. We don't even admit to ourselves that we can't do something; instead we say, "I have

**EXHIBIT 6**

to find a way to do this; there has to be a way to do this for my family but I can't tell anyone either that I can't do it." I feel like no matter what happened in my life, I've always had to maintain this facade too. I've seen this emobodied in my grandmother, Lonzetta. She has been through so much in her life, but she stays strong for everyone else. That has always been our family dynamic.

Norris never talked to me about how the train accident or brick incident affected him. And I never heard him talk to anyone else about it. He always tried to keep all his emotions inside and be hard. I wish we would've tried to talk to Norris or tried to get him to open up a little bit more about the train accident. But the rule in our family is, if you see weakness in someone that means you cannot depend on them. We don't talk about things like that, so I never did talk to him about it. It was as if Norris had to keep up this facade all the time, even after the accidents. I think Norris felt like he had no other way to provide for the family without showing his limitations. —or his limitations affecting the way most would support financially.

This is the first time that anyone who is working on Norris's legal case has called me to find out what happened with the accidents or to learn what I know about Norris.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this _____ day of _____, 2008.

Yolanda Curry