## Declaration of Cortez Harris

I have known Norris Holder, Jr., since we were in fourth grade. We attended elementary school and junior high school together.

I used to live in the JVL housing projects in St. Louis. They were across from Martin Luther King Boulevard, where Norris lived in the Blumeyer projects. Norris hung out a lot with me and my older brother; we used to play all kinds of sports together: football, softball, baseball. The projects we lived in (JVL and Blumeyer) were really violent; there were a lot of fights. Guns and drugs were all around us. I used to spend a lot of time at Norris's house, I called his mother, "mom." When we first met, his dad was around at first, but then he moved out. Even though his dad still came around from time to time, Norris took on the role of man of the family. He went from being a little kid to having to provide for his mom and his younger brothers and sisters.

I remember when Norris lost his leg in the train accident. I visited him the day after the accident. I don't think Norris was really dealing with what happened. He didn't talk about the accident much but I could tell it was affecting him, even in his tone of voice. Sports were so important to Norris; he was an athlete, and he wanted to be able to play sports again. He really wanted something I think he called a "flex foot" so that he could play sports, but it cost like $20,000, and he didn't have that kind of money. I think Norris started hustling a little bit after the accident because he wanted to be able to have money for his foot. He was never a hustler before he lost his leg, but afterward, you could see that he had a drive to catch up with everyone else. Norris behaved like he just had to deal with it and cope with it. You could tell he was going through a lot but he didn't talk about it and just kept whatever he was feeling inside.

I testified at Norris's trial. I only met his lawyers once before I testified. His lawyers called a bunch of Norris's family and friends, including me, into a room in Norris's mother's house—brothers, sisters, cousins, the whole family was present that day. Everybody sat in Norris's mother's living room on the couches and spent part of a morning meeting as a group with the lawyers. I don't remember the attorneys ever asking me any specific questions. They more told each of us in the group what we would be testifying to about Norris. I can't remember whether this was before or after Norris was already found guilty by the jury.

Norris's lawyers didn't prepare me at all for my testimony. I only found out I'd be testifying a few days before I had to. No one representing Norris ever came to my house to interview me. I got on the stand unprepared, and the prosecution was hammering me with questions to the point where I asked the judge whether I was on trial, and the judge advised me to take the Fifth. The prosecution was asking me whether I sold drugs with Norris, for example. I never sold drugs with Norris and I never saw Norris sell drugs, but Norris's lawyers never asked me whether I'd sold drugs and never told me that the prosecution would be asking me that on the

**EXHIBIT 7**

stand.  After I testified, Norris's lawyers just told me that I had really pissed off the prosecution and I'd better watch my back.   I never had any further contact with Norris's trial lawyers.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this 21 day of Sept, 2008.

Cortez Harris