### Declaration of Tanitra Harris

I have known Norris Holder since we were children. I went to school with Norris and he was really close friends with my cousin, Wayne Ross. Around the holidays, Norris was a fixture at our family gatherings. I was with Norris a lot when we were young because my mother and Wayne's mother spent so much time together, and because Wayne and Norris were so close. I remember Norris was friends with Terry Jett and Shawn Carr, who were both a couple of years older. Norris is one year older than I am.

I was working at Walgreen's when I heard about Norris being involved in the bank robbery. I was really surprised, and couldn't believe Norris would get into something like that.

I used to date Norris when we were younger. We were pretty close around the time of the train accident. After the train accident, before he got his prosthesis, I noticed a real difference in him. It was as if he were a whole person before the accident, but wasn't afterwards. He never talked about it seriously, only joked about it. But the accident was devastating for him—he loved sports, but couldn't participate in team sports because of his injury—but still, he never talked about it. He acted like he didn't feel pain, like he wasn't bothered by the situation. We always used to go to Saints, which was a skating rink, to dance. After the accident, Norris would go but he couldn't dance or skate, he would keep up a front like nothing was wrong.

Losing his leg didn't change the fact that he was "the man of the house." Every evening, he would still be getting dinner together for Norrel and Normeka, giving them baths, and getting them ready for bed. I remember that even before he got his prosthesis he was hobbling around the house trying to take care of the kids. While all this was going on, Norrim was out robbing people and stealing cars. Norris always had to keep an eye on him too. Norris was basically the caregiver of the family. Kimberly was a single mom who worked a lot. She was also out of the house a lot when she wasn't working. I think she was more a friend to the children than she was a mother to them. She didn't show Norris much affection. She was always worried about being hip, and wanting to be out in the night club life. She would let Norrim smoke weed in the house and sometimes smoke weed with him. I think Norris felt like he had to protect her too.

It was a bad living situation for Norris, but even after losing his leg, he acted like he wasn't bothered by it. He wouldn't talk about it, but always wanted to hang out at my house instead of his. I lived in a better, safer neighborhood. I would always want to go to his house because his parents were never around, so I thought it was more fun. But Norris always wanted to get out of the neighborhood and hang out in mine.

Drugs—dealing and using—were rampant where we grew up. I know from experience how hard it is on a kid when your parents are using drugs too. My father became addicted to heroin when he was in high school, and is now in federal prison for a heroin-related conviction. Wayne Ross's mother too got addicted to drugs and started prostituting herself. Wayne himself made it through high school and even went to

1

**EXHIBIT 8**

college on a full scholarship for sports, but after a leg injury he lost his full ride and began selling drugs. He was recently arrested, and is now serving time. I never saw Norris drinking alcohol or taking drugs, but it was pretty common knowledge that he sold weed. It started about the time that he was 12 years old. He didn't broadcast it, but people around knew because he wasn't working a regular job and he had money. Kimberly knew Norris was selling too, but rather than stepping in and doing something about, she let it go, probably because he chipped in around the house and gave her money. He started selling before his leg accident to help support his family. Selling drugs in the Blumeyers and at that age were not uncommon, most of the young boys there were involved in the drug trafficking. Older men who were already in the trade sought out the younger boys, they saw them as hungry. The younger boys saw it as easy money, which it was in the beginning. But then their responsibilities grew and with them, their dependence upon the money.

This is the first time that anyone who is working on Norris's legal case has contacted me to learn what I know about Norris.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this __10th__ of _November_, 2008.

Tanitra Harris

2