UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS G. HOLDER,            )
                                 )
            Petitioner,      )
                                 )    No. 4:03CV00923 ERW
vs.                      )
                               )    ***This is a Capital Case***
UNITED STATES OF AMERICA,    )
                               )
            Respondent.    )

## NOTICE OF APPEAL

Notice is hereby given that petitioner, Norris G. Holder, appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment of the District Court dated July 30, 2008 [doc. #89], denying his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Convictions and Sentences by a Person in Federal Custody, and the subsequent Order of the District Court dated December 14, 2009 [doc. #99], denying petitioner's Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e).

/s/ Christopher E. McGraugh
CHRISTOPHER E. MCGRAUGH, #25278
Leritz, Plunkert & Bruning, P.C.
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
(314) 231-9600
(314) 231-9480 - Facsimile
E-mail: cmcgraugh@leritzlaw.com

/s/ Michael J. Gorla
MICHAEL J. GORLA, #3251
720 Olive Street, Suite 1630
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
E-mail: mjgorla@msn.com

*Appointed Counsel for Norris Holder*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Steven Holtshauser and Mr. Joseph M. Landolt, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102.

/s/ Michael J. Gorla