US Court of Appeals—Eighth Circuit
NOA Supplement

Caption:                                                           USCA#: _____

Holder v. USA
_____

Case Number:

4:03-cv-00923-ERW
_____

| Plaintiff: | Defendant: |
|---|---|

**Norris G. Holder**                              **USA**

_____           _____

Attorney:                                          Attorney:

Christopher E. McGraugh                            Joseph M. Landolt
LERITZ AND PLUNKERT, P.C.                          OFFICE OF U.S. ATTORNEY
555 Washington Avenue                              111 S. Tenth Street
Suite 600                                          20th Floor
St. Louis , MO 63101                               St. Louis , MO 63102
314-231-9600                                       314-539-2200
Fax: 314-231-9480                                  Fax: 314-539-2777
Email: cmcgraugh@leritzlaw.com                     Email: joseph.landolt@usdoj.gov
LEAD ATTORNEY                                      LEAD ATTORNEY

Michael J. Gorla                                   See docket sheet for additional attorneys.
720 Olive
Suite 1630
St. Louis , MO 63101
314-621-1617
Fax: 314-621-7448
Email: mjgorla@msn.com
LEAD ATTORNEY

_____           _____

Court Reporter:                                    Please return files and documents to:

G. Madden  244-7987                                THE CLERK'S OFFICE
T. Hopwood  244-7988                               _____
S. White  244-7966
                                                   Person to contact about the appeal::

                                                   Joyce M. Webb/244-7929
                                                   _____

_____

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| None | None | None | None |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| C. McGraugh/M. Gorla | None | -------------------------------- | -------------------------------- |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?     Yes        No        Where: [                    ]

Please list all other defendants in this case if there were multiple defendants:

_____