Case: 4:03-cv-00933-ERW    Doc. #: 102    Filed: 02/11/10    Page: 1 of 4 PageID #: 1248

# United States Court of Appeals

*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 10, 2010

Mr. Michael J. Gorla
Suite 1630
720 Olive Street
St. Louis, MO  63101

Mr. Christopher E. McGraugh
LERITZ & PLUNKERT
555 Washington Avenue
Suite 600
St. Louis, MO  63101

RE:  10-1304  Norris Holder v. United States

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

www.ca8.uscourts.gov/newcoa/notes/redactgov-ever.pdf
www.ca8.uscourts.gov/newcoa/forms/brchk.pdf
www.ca8.uscourts.gov/newcoa/forms/record.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary

Case: 4:03-cv-00923-ERW    Doc. #: 102    Filed: 02/11/10    Page: 2 of 4 PageID #: 1249

proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:    Mr. Steven E. Holtshouser
       Ms. Teri Hanold Hopwood
       Mr. Roger Alan Keller Jr.
       Mr. Joseph M. Landolt
       Ms. Gayle D. Madden
       Ms. Shannon White
       Mr. James G. Woodward

       District Court Case Number:   4:03-cv-00923-ERW

Case: 4:03-cv-00923-ERW    Doc. #: 102    Filed: 02/11/10    Page: 2 of 4 PageID #: 1249

Case: 4:03-cv-00933-ERW     Doc. #: 102    Filed: 02/11/10    Page: 3 of 4 PageID #: 1250

**Caption For Case Number:   10-1304**

**Norris G. Holder,**

        **Petitioner - Appellant**

**v.**

**United States of America,**

        **Respondent - Appellee**

Case: 4:03-cv-00933-ERW     Doc. #: 102    Filed: 02/11/10    Page: 3 of 4 PageID #: 1250

**Addresses For Case Participants:   10-1304**

Mr. Michael J. Gorla
Suite 1630
720 Olive Street
St. Louis, MO  63101

Mr. Christopher E. McGraugh
LERITZ & PLUNKERT
555 Washington Avenue
Suite 600
St. Louis, MO  63101

Mr. Steven E. Holtshouser
Mr. Roger Alan Keller Jr.
Mr. Joseph M. Landolt
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
111 S. Tenth Street
Room 20.333
St. Louis, MO  63102

Ms. Teri Hanold Hopwood
Ms. Gayle D. Madden
Ms. Shannon White
Court Reporters
3rd Floor
111 S. Tenth Street
Thomas F. Eagleton U.S. Courthouse
St. Louis, MO  63102-1116

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO  63102