# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 20, 2012

Mr. Scott Braden
Ms. Jenniffer Morris Horan
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 490
1401 W. Capitol
Little Rock, AR  72201-3325

Mr. Michael J. Gorla
Suite 600
555 Washington Avenue
Saint Louis, MO  63101

RE:  10-1304  Norris Holder v. United States

Dear Counsel:

An order appointing the Federal Public Defender to represent appellant in substitution for Mr. Gorla is filed today.  A link to the order is included on the accompanying Notice of Docket Activity. Duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Mr. Gorla will be removed from the service list for this appeal today.

If you have any questions about the case, please contact our office.


Michael E. Gans
Clerk of Court

JMH

Enclosure

cc:    Mr. John M. Bodenhausen
       Mr. Norris G. Holder
       Mr. Steven E. Holtshouser
       Ms. Teri Hanold Hopwood
       Mr. Roger Alan Keller Jr.
       Mr. Joseph M. Landolt
       Mr. Joseph Luby
       Ms. Gayle D. Madden
       Ms. Shannon White
       Mr. James G. Woodward

       District Court Case Number:   4:03-cv-00923-ERW