# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 31, 2013

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE:  10-1304  Norris Holder v. United States

Dear Sirs:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was Joseph Luby, of Kansas City, MO. The following attorney(s) appeared on the appellant brief;  Michael J. Gorla, of Saint Louis, MO.

Counsel who presented argument on behalf of the appellee was Steven E. Holtshouser, AUSA, of Saint Louis, MO. The following attorney(s) appeared on the appellee brief Joseph M. Landolt, AUSA, of Saint Louis, MO., John M. Bodenhausen, AUSA, of Saint Louis, MO.

The judge who heard the case in the district court was Honorable E. Richard Webber. The judgment of the district court was entered on December 14, 2009.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

YML

Enclosure(s)

cc:  Lois Law
     MO Lawyers Weekly

District Court/Agency Case Number(s):  4:03-cv-00923-ERW