# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 2, 2015

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

> Re:  Norris G. Holder
>       v. United States
>       No. 14-9150
>       (Your No. 10-1304)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 25, 2015 and placed on the docket April 2, 2015 as No. 14-9150.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 24, 2015

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

RE:  10-1304  Norris Holder v. United States

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

Michael E. Gans
Clerk of Court

SRD

Enclosure(s)

District Court/Agency Case Number(s):  4:03-cv-00923-ERW