# United States Court of Appeals

## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**        Mr.  Gregory J. Linhares

**FROM:**        Michael E. Gans, Clerk of Court

**DATE:**        October 07, 2015

**RE:**        14-3133  Billy Turner, Jr. v. Jay Cassady

District Court/Agency Case Number(s):   4:13-cv-02470-ERW

_____

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

AMT