

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

---

*Richard G. Callahan*
*United States Attorney*

*Thomas Eagleton U.S. Courthouse*
*111 S. 10th Street, Rm. 20.333*
*St. Louis, MO  63102*

*OFFICE: 314-539-2200*
*DIRECT: 314-539-3700*
*FAX: 314-539-2309*
*Richard.Callahan@usdoj.gov*

April 16, 2014

Mr. Joseph W. Luby
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113

Re:  U.S. v. Holder

Dear Mr. Luby:

Your recent email to John Bodenhausen requesting permission to have a new expert conduct a non-destructive examination of the bullet fragments and shell casings related to the *Holder case* has been forwarded to me for my consideration.  I note at the outset that the government's evidence at trial showed that both defendants had fired their rifles inside the bank and that the victim's fatal wounds were attributed to the co-defendant's rifle, not Mr. Holder's.

This is a seventeen year-old case for which all standard legal remedies have been pursued without such a request for an independent examination by the defense.  Indeed, the lack of such a request, or more accurately the lack of results for such a test, have enabled Mr. Holder to seek relief for both sides of the proposition, one being the claim that the lack of an independent test prevented him from disputing the government's evidence that he had fired his weapon inside the bank, and the second being that the lack of an independent test prevented him from confirming the government's evidence that he had fired his weapon inside the bank.  The Eighth Circuit recently reviewed both claims, and, in light of the overwhelming evidence, rejected both theories.  *Holder v. U.S., 721 F.3d 979, at 991.*

While I normally am not opposed to any scientific testing, particularly in death penalty cases, coming as the request does in this case, so late and on an issue that is not outcome determinative, I cannot accede to your request.  I fear that any such testing would simply result in more cause for delay, without any benefit to the cause of justice.

Very truly yours,

RICHARD G. CALLAHAN
United States Attorney

**U.S. Department of Justice**

United States Attorneys Office
*Eastern District of Missouri*

*111 S. 10th Street*
*St. Louis, Missouri 63102*

Official Business

ST LOUIS
MO 630

16 APR '14
PM 10 L

U.S. OFFICIAL MAIL *US POSTAGE*
PENALTY FOR
PRIVATE USE **$ 00.48**
$300
FP ★ ★ ★   **1STCLASS RTL**
Mailed From 63102
04/16/2014
031A 0003230331

Mr. Joseph W. Luby
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113

6411322667 5