**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **NORRIS G. HOLDER,** | ) |
| | ) |
| **Movant,** | ) |
| | ) |
| **v.** | )    **Cause No. 4:03CV923 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

**MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO MOVANT'S MOTION FOR ORDER**
<u>**GRANTING ACCESS TO EXAMINE AND TEST BALLISTICS EVIDENCE**</u>

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Cristian M. Stevens, Assistant United States Attorney for said District, and requests an extension of time of 30 days in which to respond to movant's motion for order granting access to examine and test ballistics evidence (Doc. #128).   In support of its request, the Government states as follows:

1.   Nearly 20 years ago, movant Norris Holder was convicted of two capital crimes in connection with the vicious murder of bank security guard Richard Heflin, and sentenced to death. Holder's convictions and death sentence repeatedly have been affirmed on direct appeal and in the context of post-conviction relief under 28 U.S.C. §2255.

2.   Now, in his motion of March 2, 2016, Holder is "consider[ing] the possibility of seeking executive clemency."   Motion ¶2.

3.   While Holder mulls a clemency petition, he wants this Court to order the Government to grant him access to the ballistics evidence from 1998.   As Holder concedes, this Office declined a similar request nearly two years ago, on April 16, 2014.   Motion ¶ 8.   Only now does

Holder move for its compulsion.

4. The undersigned requires additional time to conduct legal research, review the case file, and draft a response to Holder's motion.

5. The Government requests a 30-day extension of time so that its motion response may be due on or before April 6, 2016.

WHEREFORE, the Government respectfully requests a 30-day extension of time in which to respond to defendant's motion, so that the response may be due on or before April 6, 2016.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

s/ *Cristian M. Stevens*
CRISTIAN M. STEVENS (#48028MO)
Assistant United States Attorney
111 S. Tenth Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 7th day of March, 2016, to Scott W. Braden, Assistant Federal Public Defender, 1401 West Capitol, Suite 490, Little Rock, Arkansas 72201.

s/ *Cristian M. Stevens*
Assistant United States Attorney

2