**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NORRIS G. HOLDER, JR.,** | ) | |
| | ) | **No. 4:03-cv-00923-ERW** |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | **CAPITAL CASE** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**AMENDMENT TO MOTION FOR ORDER GRANTING ACCESS TO**
**EXAMINE AND TEST BALLISTICS EVIDENCE**

Movant Norris G. Holder, Jr., through his undersigned counsel, submits this amendment to his motion for an order granting access to examine and test the ballistics evidence associated with his case, filed on March 2, 2016 (Doc. 128).

1.      In his motion, Mr. Holder represented to this Court that his counsel had engaged a qualified ballistics expert by the name of Ed Hueske to examine and test the ballistics evidence.

2.      After the motion was filed, Mr. Holder's counsel learned that Mr. Hueske has retired and is no longer available to provide the necessary expert services.

3.      Counsel has retained an equally qualified ballistics expert, David J. Brundage, to perform the required examination and testing. Mr.

Brundage is located in Nashville, Tennessee; his curriculum vitae is attached.

4.    Counsel for Mr. Holder has conferred with Cristian Stevens, counsel for the government, to advise him of the need to substitute Mr. Brundage in place of Mr. Hueske.

WHEREFORE, counsel respectfully requests that this Court grant the relief requested in his motion and enter an order directing the government to release all ballistics evidence associated with Mr. Holder's case to defense expert David J. Brundage for examination and testing.

Respectfully Submitted,

JENNIFFER HORAN
FEDERAL DEFENDER


By:    /s/Scott W. Braden_____
Scott W. Braden
Assistant Federal Defender
Arkansas Federal Defender Office
Ark Bar Number 2007123
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114

Counsel for Norris Holder

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this __5th___day of April, 2016, a copy of the foregoing Amendment to Motion was served via the CM/ECF electronic filing system upon: Cristian Smith, Assistant United States Attorney, cris.smith@usdoj.gov, Joseph Landolt, Assistant United States Attorney, joseph.landolt@usdoj.gov; and the Office of the United States Attorney for the Eastern District of Missouri, usamoe.crimdock@usdoj.gov.

/s/ Scott W. Braden
Scott W. Braden