**EXHIBIT B**



## DAVID J. BRUNDAGE

365 Great Circle Road
Nashville, TN  37228
(615) 255-2400
david.brundage@aegislabs.com

---

**EDUCATION**

**Southern Illinois University**
**Carbondale, IL**
*Masters of Science – May 1994*
Organization and Administration of Higher Education

**Lake Michigan College**
**Benton Harbor, MI**
*Basic Law Enforcement Training Academy – April 1970*
Responsible for general enforcement of laws and statutes for the State of Michigan,
and City of Benton Harbor, routine highway enforcement, traffic control and accident investigation.

**Central Michigan University**
**Mt. Pleasant, MI**
*Bachelors of Science – January 1970*
Major Biology
Minors Mathematics/Chemistry

**PROFESSIONAL EXPERIENCE**

**Aegis Sciences Corporation**
**Nashville, TN**
*Ballistics Laboratory Director – December 2014 to Present*
Responsible for setting up the Ballistics Lab and conduct examinations/consulting of Criminal or Civil cases

**Nashville Metro Police Department Crime Laboratory**
**Madison, TN**
*Forensic Scientist III, Firearms & Toolmarks Unit – April 2014 to December 2014*
Assist the Unit Chief set up the FA/TM Unit prepare to analyze physical evidence & prep for national laboratory accreditation.

**Forensic Firearms Consulting**
**Franklin, TN**
*Forensic Scientist & Principal – July2007 to December 2014*
Consult nationally in criminal and civil litigations in the areas of Firearms, Toolmarks, Footwear & Tire Track Cases, analyze physical evidence, prepare formal reports and provide courtroom testimony

BRUNDAGE, DAVID J.
Curriculum Vitae
July 24, 2015
Page 2


**National Shooting Sports Foundation**
**Newtown, CT**
*Product Eligibility and Safety Officer – January 1982 to present*
Supervise twenty-four firearm examiners to inspect and physically tag all firearms and related products for a yearly international Shooting, Hunting and Outdoor Trade show, arrange for equipment, set up meeting room, maintain & track all inspections, collect data from exhibitor violations, and report to NSSF personal


**National Forensic Science Training Center**
**Largo, FL**
*Contract Trainer of Forensic Firearms Examiners – November 2011 to April 2014*
Training new forensic examiners in the areas of microscopic comparison of bullets and cartridge cases, the operating condition of firearms, muzzle to garment distance determinations, and courtroom testimony.  Agencies taught include: Acadiana Criminalistics Lab, Michigan State Police Forensic Labs; Georgia Bureau of Investigation Crime Lab; United States Army, Criminal Investigation Division Crime Lab; and Houston Police Department Forensic Laboratory.


**Ron Smith & Associates**
**Collinsville, MS**
*Project manager: Firearms – June to October 2008*
Responsible to hire, supervise, schedule travel, and review reports in a re-examination of Detroit's 2007 firearm cases, as well as advising the Michigan State Police administration of errors uncovered.  This work eventually led to the closing of the Detroit's Crime Lab.


**New Jersey State Police Ballistics Unit**
**Hamilton, NJ**
*Forensic Firearms Examiner – November 2009 to July 2010*
Employed to help reduce case backlog by examining firearms, bullet & cartridge comparisons, author formal reports, discuss findings with district attorneys, and testify in criminal court to results.


**Indianapolis-Marion County Forensic Services Agency**
**Indianapolis, IN**
*Criminalistics Unit Supervisor – October 1996 to July 2007*
Responsible for the supervision and operation of the Criminalistics Unit which consisted of the sections of Firearms, Questioned Documents, and Latent Fingerprints; procurement of equipment and supplies; operational budget and laboratory finances, writing policy and technical manuals, as well as preparation for ASCLD national accreditation. Responsible for training city and county crime scene technicians, new investigators, as well as other agencies in the collection and preservation of physical evidence.  As a sworn deputy sheriff was responsible for the security & transportation of firearms and drug evidence.  Testified over 800 times in both state and federal courts.

Responsible for the manufacture of firearm & toolmark proficiency tests for the I-MCFSA laboratory, Kentucky State Police, and nationally for the Collaborative Testing Service (CTS).

BRUNDAGE, DAVID J.
Curriculum Vitae
July 24, 2015
Page 3


**Illinois State Police, Bureau of Identification/Forensic Services Command**
**Joliet and Carbondale, Illinois**
*Training Coordinator – August 1977 to October 1996*
Responsible for all firearms & toolmark training for new examiners, continuing education for current FA/TM examiners, training outside agencies and LE Classes in the collection and preservation of physical evidence, as well as a two week Footwear and Tire Track Identification course.  Taught wound pathology to medical and Mortuary science students, and authored the first procedural and training manuals for FA/TMs.  Manufacturer Proficiency tests for in-house examiners and for Collaborative Testing Service (CTS) a nationwide service.

Responsible for the firearms training, input training budget, research topics, internships, evaluate and purchase of new equipment and supplies.  Input recommendations into laboratory policy, LIMS, national ASCLD accreditation, Assistant Lab Dir. For T&A Lab, coordinate random drug testing for area road troopers, and lectured public and civic groups on laboratory activities and significant cases.  Also responsible for lab building security, computer key control as well as, vehicle the maintenance program for lab cars.

**Benton Harbor Police Department**
**Benton Harbor, MI**
*Police patrol officer – January 1970 to August 1972*
Responsible for general uniform patrol, highway enforcement, accident safety, initial offense complaint reports, DUI enforcement, business building security, and vehicle maintenance.  Served on department pistol team and worked some undercover investigation.

**TRAINING RECEIVED:**
Blunt & Sharp injuries – Dr. Besant-Matthews, Dallas, TX
Subclass Characteristics – Nancy McCombs @ TBI lab, Nashville, TN
Trajectory Analysis Training Class – Indianapolis, IN & Tampa, FL
Fingernail Identification Symposium – AFTE Houston, TX
IL State Police Forensic Photography Course – Carbondale, IL
FBI Specialized Firearm Techniques Course – Quantico, VA
FBI Gun Powder and Primer Residue Course – Quantico, VA
FBI Computerized Crime Lab data (GRC) information system - one of 42 lab pilot project - Quantico, VA
BATF Alterations to fully Automatic Firearms Course -
Colt Armorer's Course – Miami, FL & Springfield, IL
Glock Armorer's Course & Advanced Course – Indianapolis IN & Dayton, OH
Deputy Sheriff's Training Academy – Indianapolis, Indiana
Remington Gunsmithing Seminar – Wisconsin & St. Louis, MO
Sturm Ruger Armorer's Course – Connecticut & North Carolina
Savage Armorer's Course – Annapolis, MD
SigArms Armorer's Course – Herndon, VA
Smith & Wesson Armorer's Course – Springfield, MA & Springfield, IL
Firearms Training – FBI Instructors for BLETA
Basic Law Enforc (Police Officer) Training Academy – BHPD, MSP & Lake Michigan College, Benton Harbor, MI

BRUNDAGE, DAVID J.
Curriculum Vitae
July 24, 2015
Page 4

Footwear & Tire Track Training Joliet & Springfield, IL; Lansing, Roscommon, & Mackinaw, MI; Tallahassee, FL; by Dr. Roger Davis of New Scotland Yard, London, Bill Bodziak of FBI Lab, Quantico, and Peter McDonald of Firestone Corp.

Toured the major Gun and Ammunition Factories, including Bell Industries, Colt, Federal Ammunition, Garcia Arms, Glock, Harrington & Richardson, Pusan Metal Corp., Sturm Ruger, Smith & Wesson, Dan Wesson, Remington Arms & Ammunition, Winchester Ammunition, Winchester-Cooey Arms, Lake City Arsenal
Toured numerous City, County, State and Federal Crime laboratories in the USA and Canada
Toured several lock, tool and shoe manufacturers

Appeared on the **48 Hours** TV Program special "*What if the Experts disagree*"
Appeared on the **History Channel's Decoded** TV Program special "Suicide or Homicide of Francis Meriwether"

## COURTROOM EXPERIENCE

Testified over 800 times in both state and federal courts in the areas of criminal and civil cases as to results and/or opinions in the areas of expertise in KS, KY, IL, IN, MI, MN, MO, NC, OH, SC, TN, and WI.

## PROFESSIONAL AFFILIATIONS:

Association of Firearms & Tool Mark Examiners, Distinguished Life Member, Past President (1990-91), Treasurer, Board of Directors 9 yrs., and member of AFTE Certification Peer Group, 1983-86
International Association for Identification, current Member of International Chapter & Past member of Indiana Chapter.
International Ammunition Association, Member
Midwestern Association of Forensic Scientists, past member and Firearms Section Coordinator, 1992-95
National Shooting Sports Foundation, Member
National Rifle Association, Member

## TRAINING DELIVERED

Wound Pathology lectures to classes at SIU-C, Illinois Funeral Directors Assoc., College of St. Francis, Joliet, IL; Mercy Hospital, Carbondale, IL.
Provided training in Footwear and Tire Track Identification to ISP, IN; FDLE, Tallahassee, FL; Northeast Assoc. of Forensic Scientists, Providence, RI; Alaska Crime Lab, Anchorage, AK; Miami-Dade Crime lab, Miami, FL; USACIL
Gunshot Residue Analysis & Distance Determination, for McCrone Associates, Westmont, IL
Firearms Training Coordinator for the ISP Training & Application Lab, Joliet and Carbondale, IL, in the areas of Firearms, Toolmarks, footwear, Tire Tracks and Fabric Impression Identification.
The Collection & Preservation of Physical Evidence to law enforcement agencies, police training academies, as well as colleges and universities throughout Illinois & Indiana, including Chicago State U., DuPage, Jr. College, Illinois Benedictine U., Louis U., College of St. Francis, Southern IL U., Waubonsee Comm. College, U of Illinois-Champaign, Indiana U and Purdue U at Indianapolis, Indianapolis PD Training Academy, Indiana Law Enforcement Training Academy, Plainfield, IN, and Marion County Sheriff's Academy, Indianapolis, IN.

BRUNDAGE, DAVID J.
Curriculum Vitae
July 24, 2015
Page 5


**PUBLICATIONS**

Hamby, James E., Ph.D., Brundage, David J., MS, and Thorpe, James W., Ph.D., The Identification Of Bullets Fired From Ten Consecutively Rifled 9mm Ruger Pistol Barrels – A Research Project Involving 507 Participants from 20 Countries, AFTE Journal, Volume 41, Number 2, 2009, page 99.

Hamby, James E., Ph.D., Thorpe, James W., Ph.D. and Brundage, David J., MS, The Identification Of Bullets Fired From Ten Consecutive Rifled 9mm Ruger Pistol Barrels – A Research Project Involving 468 Participants from 19 Countries, AFTE Journal (accepted for publishing and in press).

Brundage, David J.: Consecutively Manufactured Ruger P-85 Gun Barrels, AFTE Journal, Volume 30, Number 1, Jan. 1998, page 112.

Brundage, David J.: Electrostatic Footprint Lifter, Illinois State Police 10-43 Magazine, circa 1995.

Footwear and Tire Track Identification Training Manual—An eighty hour program for training laboratories outside the Illinois State Police system, 1988.

Brundage, David J.: Bauer Accidental Discharge, AFTE Journal, Volume 14, Number 1, 1982, page 62.

Kokocinski, C., Peterson, J., and Brundage, D.: 8-Hydroxy-Quinolin, A New Reagent for Trace Metal Detection, Journal of Forensic Sciences, circa 1980.

Brundage, David J.: Proficiency Testing in Illinois, AFTE Journal, Volume 12, Number 4, 1980, page 76

Brundage, David: Homemade Automatic, AFTE Journal, Volume 10, Number 2, 1978, page 52.

Formal Training and Technical Procedural Manuals for the Illinois State Police, Bureau of Scientific Service's Firearms & Toolmarks Examiner training, 1978.  (These manuals were written for the Training & Application Laboratory for training new employees within the department for this specialty area.)

Brundage, David: Quadruplets, AFTE Journal, Volume 8, Number 2, 1976, page 21.

Brundage, David: "Ammunition" for (Use) Underwater, AFTE Journal, Volume 10, Number, 1976, page 21.

Brundage, David: Unknown Projectile, AFTE Journal, Volume 7, Number1, 1975, page 68.

Brundage, David: Glue Sticks Rapist In Joint, AFTE Journal, Volume 7, Number 1, 1975, page75.

Brundage, David J.: Range Determinations for Shotguns, AFTE Journal, Volume 7, Number 3, 1975, page 66.

BRUNDAGE, DAVID J.
Curriculum Vitae
July 24, 2015
Page 6


Authored informational handouts for the Illinois State Police laboratory's *User Agencies Program* for **The Collection and Preservation of Physical Evidence** for the areas of firearms, toolmarks, footwear, tire track, and fabric impressions identification and lectured to numerous police agency personnel in these areas.

**PRESENTATIONS**

Hamby, James E., Ph.D., Thorpe, James W., Ph.D. and Brundage, David J., MS, The Identification of Bullets Fired from 10 Consecutively Rifled 9mm Ruger Pistol Barrels: An Update with a Discussion on Recent Legal Challenges, A presentation given at the 2013 Association of Firearm and Tool Mark Examiners Annual Training Seminar, Albuquerque, New  Mexico, June 2013.

Hamby, James E., Ph.D., Thorpe, James W., Ph.D. and Brundage, David J., MS, The Identification Of Bullets Fired From Ten Consecutive Rifled 9mm Ruger Pistol Barrels – A Research Project Involving 430 Participants from 17 Countries, Presented at the International Association of Forensic Scientists annual meeting, June 2008.

Brundage, David J., Consecutively Manufactured Ruger P-85 Gun Barrels. American Academy of Forensic Sciences annual meeting, February, 1994.

Brundage, David J.: 8-Hydroxy-Quinolin: A New Footwear Enhancement Technique, International Footwear Symposium, FBI Academy, Quantico, VA. 1994.

Brundage, David J.: Physical Developer: A New Footwear Enhancement Technique, International Footwear Symposium, FBI Academy, Quantico, VA., 1994.

Brundage, David J.: Ammonium Thiocynate: A New Footwear Enhancement Technique, International Footwear Symposium, FBI Academy, Quantico, VA., 1994.