UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:03CV923 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COME NOW Richard G. Callahan, United States Attorney for the Eastern District of

Missouri, and Cristian M. Stevens, Assistant United States Attorney for said District, and, in

addition to all previous entries of appearance in this cause on behalf of the United States, hereby

enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

s/ *Cristian M. Stevens*
CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 10th day of May, 2016, upon all parties and counsel of record.

s/ *Cristian M. Stevens*
Assistant United States Attorney