UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 5/11/16                    **Case No.** 4:03-CV-00923-ERW

Norris G. Holder                v.                    USA

**Judge** Honorable E. Richard Webber

**Court Reporter** R. Fiorino                    **Deputy Clerk** E. Brown

**Attorneys for Plaintiff(s)** Scott Braden, Madeline Cohen

**Attorneys for Defendant(s)** Christian Stevens


**Parties present for** Motion Hearing on all pending motions.  Oral argument from both sides heard by the Court.  The Court Grants motion (#139) and appoints attorney Madeline Cohen as co-counsel for the Petitioner.  The Court takes motions (#128, #132, #135 and #137) under submission.  Order to issue.


Attorneys Present : _____

Proceedings commenced:        1:13 p.m.

Proceedings concluded:        2:01 p.m.