UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS G. HOLDER, JR.,                    )
                                          ) Case Nos. 16-cv-00654 &
            Movant,                       )        4:03-cv-00923-ERW
                                          )
v.                                        )        **CAPITAL CASE**
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
            Respondent.                   )

**MOTION FOR ADMISSION PRO HAC VICE**

Madeline S. Cohen, Attorney at Law, hereby moves this Court for an order

admitting her to practice in the United States District Court for the Eastern

District of Missouri as counsel for Norris G. Holder, Jr., in the above-captioned

cases. Ms. Cohen's qualifications and experience were presented to this Court in a

motion to appoint her to represent Mr. Holder in case no. 03-cv-00923 and

related matters, which this Court granted on May 11, 2016. Ms. Cohen has been

approved to file documents in this Court's CM/ECF system. Ms. Cohen's

application for admission pro hac vice is attached to this motion.

WHEREFORE, Ms. Cohen requests that this motion be granted and she be admitted to this Court pro hac vice in the above-captioned cases.

Respectfully Submitted,

/s/Madeline S. Cohen
MADELINE S. COHEN
Colorado Bar Number 27677
1942 Broadway, Suite 314
Boulder, Colorado 80302
(303) 402-6933
madeline@madelinecohenlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of May, 2016, a copy of the foregoing Motion for Admission Pro Hac Vice was served via the CM/ECF electronic filing system upon: Scott W. Braden, Assistant Federal Defender, scott_braden@fd.org, Cristian Smith, Assistant United States Attorney, cris.smith@usdoj.gov, Joseph Landolt, Assistant United States Attorney, joseph.landolt@usdoj.gov; and the Office of the United States Attorney for the Eastern District of Missouri, usamoe.crimdock@usdoj.gov.

/s/ Madeline S. Cohen
Madeline S. Cohen