

# THE UNITED STATES OF AMERICA

E PLURIBUS UNUM

**for the Tenth Circuit**

I, Elisabeth A. Shumaker, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Madeline S. Cohen was

duly admitted to practice before this Court on November 7, 1997,

and is in good standing.  There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on May 9, 2016.

ELISABETH A. SHUMAKER

Clerk of Court

By _____

Deputy Clerk

Case: 4:03-cv-00022-ERW   Doc. #: 142-2   Filed: 05/15/15   Page: 1 of 1 PageID #: 1403