UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Movant, | ) | Case No. 4:03-cv-00923-ERW |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ENTRY OF APPEARANCE

Madeline S. Cohen, Attorney at Law, hereby enters her appearance as counsel for Norris G. Holder, Jr., in the above-captioned case. On May 11, 2016, the Honorable E. Richard Webber, Senior United States District Judge, appointed the undersigned as counsel for Mr. Holder, pursuant to 18 U.S.C. § 3599, in this case and all related matters.

Respectfully Submitted,

/s/Madeline S. Cohen
MADELINE S. COHEN
Colorado Bar Number 27677
1942 Broadway, Suite 314
Boulder, Colorado 80302
(303) 402-6933
madeline@madelinecohenlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of May, 2016, a copy of the foregoing Entry of Appearance was served via the CM/ECF electronic filing system upon: Scott W. Braden, Assistant Federal Defender, scott_braden@fd.org, Cristian Smith, Assistant United States Attorney, cris.smith@usdoj.gov, Joseph Landolt, Assistant United States Attorney, joseph.landolt@usdoj.gov; and the Office of the United States Attorney for the Eastern District of Missouri, usamoe.crimdock@usdoj.gov.

/s/ Madeline S. Cohen
Madeline S. Cohen