**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

   Plaintiff,

       v.

NORRIS G. HOLDER, JR.,

   Defendant

No. 4:03-cv-000923

**CAPITAL CASE**

**MOTION FOR ACCESS TO SEALED FILES**

Defendant Norris G. Holder, Jr., moves this Court to grant his new counsel access to sealed files. In support of this request, Mr. Holder states as follows:

1.     Mr. Holder is currently represented by the Federal Public Defender's Office for the Eastern District of Arkansas. The attorney from this FPD office who has been working on Mr. Holder's case, Mr. Scott Braden, is retiring at the end of December of 2021. Earlier this week, the Court granted Mr. Braden's Motion to Withdraw. (ECF No. 193.) Assistant Federal Public Defender Nadia Wood with the same FPD office will be representing Mr. Holder going forward, taking over the case for Mr. Braden. (*See* Entry of Appearance, ECF No. 191.)

2.     Mr. Holder's cases before this includes a number of sealed filings. Per Ms. Wood's conversation with the Clerk's office, an order of this Court is needed to grant Ms. Wood access to these files. To ensure continuous and competent representation, Mr. Holder respectfully requests that the Court grant Ms. Wood access to the sealed documents.

1

WHEREFORE, Mr. Holder prays that this Motion is granted and the Court grants his counsel AFPD Nadia Wood access to sealed pleadings filed in Mr. Holder's cases before this Court.

A Proposed Order follows this Motion.


DATE: December 9, 2021

Respectfully submitted,
LISA PETERS
FEDERAL DEFENDER

By:

Nadia Wood, MN Bar No. 0391334
Assistant Federal Public Defender
Federal Public Defender Office
1401 W. Capitol Ave., Ste. 490
Little Rock, AR 72201
(501) 324-6114
Nadia_Wood@fd.org


*Counsel for Norris G. Holder, Jr.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 4:03-cv-000923 |
| v. | **CAPITAL CASE** |
| NORRIS G. HOLDER, JR., | |
| Defendant. | |

### PROPOSED ORDER

Movant Norris Holder, Jr.'s Motion for Order Granting Access to Sealed Files

[ECF No. _____] is GRANTED. Assistant Federal Public Defender Nadia Wood shall

have access to sealed documents filed in Mr. Holder's cases before this Court.


So Ordered this _____ day of December, 2021.


_____

E. RICHARD WEBBER
SENIOR UNITED STATES
DISTRICT JUDGE


3