UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| NORRIS G. HOLDER, | ) |
| Petitioner, | ) |
| v. | ) No: 4:03-cv-00923-ERW |
| UNITED STATES, | ) |
| Respondent. | ) |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COMES NOW William Scharf, Assistant United States Attorney for the Eastern District of Missouri, and hereby enters his appearance on behalf of the United States.

Respectfully submitted,

*/s/ William Scharf*
WILLIAM SCHARF, #66676MO
Assistant United States Attorney
111 S. 10th Street, Room 20.388
St. Louis, Missouri   63102
(314) 539-2200